## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

KAREN MCNEIL, LESLEY JOHNSON,
TANYA MITCHELL, INDYA HILFORT,
and SONYA BEARD,
On behalf of themselves and all others
similarly situated,

                Plaintiffs,

       v.

COMMUNITY PROBATION SERVICES,
LLC; COMMUNITY PROBATION
SERVICES, L.L.C.; COMMUNITY
PROBATION SERVICES;
PROGRESSIVE SENTENCING, INC.;
PSI-PROBATION II, LLC; PSI-
PROBATION, L.L.C.; TENNESSEE
CORRECTIONAL SERVICES, LLC;
TIMOTHY COOK; GILES COUNTY,
TENNESSEE; PATRICIA MCNAIR;
MARKEYTA BLEDSOE; HARRIETT
THOMPSON,

                Defendants.

Case No. 1:18-cv-00033

## MOTION FOR ADMISSION *PRO HAC VICE*

The undersigned counsel for Plaintiffs hereby moves for admission to appear *pro hac vice*

in this action. I hereby certify that I am a member in good standing from the United States District

Court for the Northern District of Illinois. Attached is a certificate of Good Standing from that

Court.

                /s/ Matthew J. Piers

Matthew J. Piers
Hughes Socol Piers Resnick & Dym Ltd.
70 W. Madison St., Suite 4000
Chicago, IL 60602
312-580-0100
mpiers@hsplegal.com

## CERTIFICATE OF SERVICE

I certify that on April 24, 2018, I electronically filed the foregoing Motion For Admission

*Pro Hac Vice* with the Clerk of the Court using the CM-ECF System.


/s/ Matthew J. Piers