# CERTIFICATE OF GOOD STANDING



*United States of America*

}ss. Matthew J. Piers

*Northern District of Illinois*

    I, Thomas G. Bruton , Clerk of the United States District Court for the Northern District of Illinois,

    DO HEREBY CERTIFY That Matthew J. Piers was duly admitted to practice in said Court on (12/10/1974) and is in good standing as a member of the bar of said court.

Dated at Chicago, Illinois
on (03/20/2018 )

Thomas G. Bruton , Clerk,
By: David Lynn
    Deputy Clerk