# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# COLUMBIA DIVISION

| | |
|---|---|
| KAREN MCNEIL, LESLEY JOHNSON, TANYA MITCHELL, INDYA HILFORT, and SONYA BEARD, On behalf of themselves and all others similarly situated,<br><br>            Plaintiffs,<br><br>    v.<br><br>COMMUNITY PROBATION SERVICES, LLC; COMMUNITY PROBATION SERVICES, L.L.C.; COMMUNITY PROBATION SERVICES; PROGRESSIVE SENTENCING, INC.; PSI-PROBATION II, LLC; PSI-PROBATION, L.L.C.; TENNESSEE CORRECTIONAL SERVICES, LLC; TIMOTHY COOK; GILES COUNTY, TENNESSEE; PATRICIA MCNAIR; MARKEYTA BLEDSOE; HARRIETT THOMPSON,<br><br>            Defendants. | Case No. 1:18-cv-00033 |

## MOTION FOR ADMISSION *PRO HAC VICE*

      The undersigned counsel for Plaintiffs, Chirag G. Badlani, hereby moves for admission to appear *pro hac vice* in this action. I hereby certify that I am a member in good standing from the United States District Court for the Northern District of Illinois. Attached is a certificate of Good Standing from that Court.

| | |
|---|---|
| /s/ Chirag G. Badlani<br>Chirag G. Badlani<br>Hughes Socol Piers Resnick & Dym Ltd.<br>70 W. Madison St., Suite 4000<br>Chicago, IL 60602<br>312-580-0100<br>cbadlani@hsplegal.com | /s/ Matthew J. Piers<br>Matthew J. Piers<br>Hughes Socol Piers Resnick & Dym Ltd.<br>70 W. Madison St., Suite 4000<br>Chicago, IL 60602<br>312-580-0100<br>mpiers@hsplegal.com |

## **CERTIFICATE OF SERVICE**

I certify that on April 25, 2018, I electronically filed the foregoing Motion For Admission *Pro Hac Vice* with the Clerk of the Court using the CM-ECF System.

/s/ Matthew J. Piers