# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# COLUMBIA DIVISION

| | |
|---|---|
| KAREN MCNEIL, LESLEY JOHNSON, TANYA MITCHELL, INDYA HILFORT, and SONYA BEARD, On behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> COMMUNITY PROBATION SERVICES, LLC; COMMUNITY PROBATION SERVICES, L.L.C.; COMMUNITY PROBATION SERVICES; PROGRESSIVE SENTENCING, INC.; PSI-PROBATION II, LLC; PSI-PROBATION, L.L.C.; TENNESSEE CORRECTIONAL SERVICES, LLC; TIMOTHY COOK; GILES COUNTY, TENNESSEE; PATRICIA MCNAIR; MARKEYTA BLEDSOE; HARRIETT THOMPSON, <br><br> Defendants. | Case No. 1:18-cv-00033 |

## MOTION FOR ADMISSION *PRO HAC VICE*

The undersigned counsel for Plaintiffs, Kate E. Schwartz, hereby moves for admission to appear *pro hac vice* in this action. I hereby certify that I am a member in good standing from the United States District Court for the Northern District of Illinois. Attached is a certificate of Good Standing from that Court.

/s/ Kate E. Schwartz
Kate E. Schwartz
Hughes Socol Piers Resnick & Dym Ltd.
70 W. Madison St., Suite 4000
Chicago, IL 60602
312-580-0100
kschwartz@hsplegal.com

/s/ Matthew J. Piers
Matthew J. Piers
Hughes Socol Piers Resnick & Dym Ltd.
70 W. Madison St., Suite 4000
Chicago, IL 60602
312-580-0100
mpiers@hsplegal.com

**CERTIFICATE OF SERVICE**

I certify that on April 25, 2018, I electronically filed the foregoing Motion For Admission *Pro Hac Vice* with the Clerk of the Court using the CM-ECF System.

/s/ Matthew J. Piers