# CERTIFICATE OF GOOD STANDING



*United States of America*

}ss. Kate Ellen Schwartz

*Northern District of Illinois*

    I, Thomas G. Bruton , Clerk of the United States District Court for the Northern District of Illinois,

    DO HEREBY CERTIFY That Kate Ellen Schwartz was duly admitted to practice in said Court on (10/29/2015) and is in good standing as a member of the bar of said court.

Dated at Chicago, Illinois
on (03/20/2018 )

                               Thomas G. Bruton, Clerk,
                               By: David Lynn
                               Deputy Clerk