# Certificate of Good Standing



### UNITED STATES OF AMERICA

### DISTRICT OF MARYLAND

I, Felicia C. Cannon, Clerk of the United States District Court for the District of Maryland,

DO HEREBY CERTIFY that Elizabeth Rossi, ESQ., BAR NUMBER 19616, was duly admitted to practice in the United States District Court for the District of Maryland on June 17, 2016, and is currently in good standing as a member of the bar of this Court.

Dated at Baltimore, Maryland

Date: August 31, 2017

_____
Deputy Clerk

*This Certificate is valid for 90 days from the date signed.* 8/31/17

I hereby attest and certify on _____ that the foregoing document is a full, true and correct copy of the original on file in my office and in my legal custody.

FELICIA C. CANNON
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND

By _____ Deputy

Certificate of Good Standing (Rev. 3/2012)