IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| KAREN MCNEIL, LESLEY JOHNSON, TANYA MITCHELL, INDYA HILFORT, and SONYA BEARD, On behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COMMUNITY PROBATION SERVICES, LLC; COMMUNITY PROBATION SERVICES, L.L.C.; COMMUNITY PROBATION SERVICES; PROGRESSIVE SENTENCING, INC.; PSI-PROBATION II, LLC; PSI-PROBATION, L.L.C.; TENNESSEE CORRECTIONAL SERVICES, LLC; TIMOTHY COOK; GILES COUNTY, TENNESSEE; PATRICIA MCNAIR; MARKEYTA BLEDSOE; HARRIET THOMPSON,<br><br>Defendants. | Case No. 1:18-cv-00033 |

## MOTION FOR ADMISSION *PRO HAC VICE*

The undersigned counsel for Plaintiffs, Jonas Wang, hereby moves for admission to appear *pro hac vice* in this action. I hereby certify that I am a member in good standing from the United States District Court for the Southern District of New York. Attached is a Certificate of Good Standing from that Court.

| | |
|---|---|
| /s/ Jonas Wang | /s/ Elizabeth Rossi |
| Jonas Wang (DC #1531749)<br>Civil Rights Corps<br>910 17th Street NW, Suite 200<br>Washington, DC 20006<br>202-670-4809<br>jonas@civilrightscorps.org | Elizabeth Rossi* (Maryland Attorney No. #1412180090)<br>Civil Rights Corps<br>910 17th St NW, Suite 200<br>Washington, DC 20006<br>202-599-0953<br>elizabeth@civilrightscorps.org<br><br>*Admitted solely to practice law in Maryland; not admitted in the District of Columbia. Practice is limited pursuant to D.C. App. R. 49(c)(3). |

## CERTIFICATE OF SERVICE

       I hereby certify that on the 25th day of April, 2018, a true and correct copy of the foregoing Motion of Jonas Wang for Admission Pro Hac Vice was filed with the Court using the CM/ECF system.

                                          /s/ *Elizabeth Rossi*