# United States District Court
## Southern District of New York

### Certificate of Good Standing

I, *Ruby J. Krajick*, Clerk of Court, Certify that

__JONAS QING WANG__, Bar # ____----____

was duly admitted to practice in the Court on

__August 22, 2017__

and is in good standing as a member of the Bar of this Court

Dated at    500 Pearl St.    On    __August 22, 2017__
New York, New York

__Ruby J. Krajick__
Clerk of Court

By __[signature]__
Deputy Clerk