# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# COLUMBIA DIVISION

| | |
|---|---|
| KAREN MCNEIL, et al.,<br>On behalf of themselves and all others similarly situated,<br><br>           Plaintiffs,<br><br>v.<br><br>COMMUNITY PROBATION SERVICES, LLC, et al.,<br><br>           Defendants. | Case No. 1:18-cv-00033<br>Judge Crenshaw / Frensley |

## MOTION FOR ADMISSION *PRO HAC VICE*

The undersigned counsel for Plaintiffs, Eric Halperin, hereby moves for admission to appear *pro hac vice* in this action. I hereby certify that I am a member in good standing from the United States District Court for the District of Columbia. Attached is a Certificate of Good Standing from that Court.

/s/ Eric Halperin
Eric Halperin
Civil Rights Corps
910 17th Street NW, Suite 200
Washington, DC 20006
202-854-1518
eric@civilrightscorps.org

/s/ Elizabeth Rossi
Elizabeth Rossi* (*pro hac vice*)
Civil Rights Corps
910 17th St NW, Suite 200
Washington, DC 20006
202-599-0953
elizabeth@civilrightscorps.org

*Admitted solely to practice law in Maryland; not admitted in the District of Columbia. Practice is limited pursuant to D.C. App. R. 49(c)(3).

# CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of June, 2018, a true and correct copy of the foregoing Motion of Eric Halperin for Admission Pro Hac Vice was served via the Court's ECF system to:

Brandt M. McMillan (BPR No. 025565)
Timothy N. O'Connor (BPR No. 035276)
Tune, Entrekin, & White, P.C.
315 Deaderick St., Ste. 1700
Nashville, TN 37238-1700
p: (615) 244-2770 | f: (615) 244-2778
bmcmillan@tewlawfirm.com
toconnor@tewlawfirm.com

*Counsel for PSI Defendants*

Robyn B. Williams (BPR No. 19736)
Cassandra M. Crane (BPR No. 34889)
Farrar & Bates, LLP
211 Seventh Ave North, Ste. 500
Nashville, TN 37219
p: (615) 254-3060 | f: (615) 254-9835
robyn.williams@farrar-bates.com
casey.crane@farrar-bates.com

J. Christopher Williams (BPR No. 021081)
120 North 2nd Street
Pulaski, Tennessee 38478
p: (931) 363-6500 | f: (931) 363-8904
cwilliams@newsouthlaw.com

*Counsel for Giles County*

                                              *s/ Elizabeth Rossi*
                                              Elizabeth Rossi