UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE – COLUMBIA DIVISION

| | |
|---|---|
| KAREN MCNEIL, LESLEY JOHNSON, TANYA MITCHELL, INDYA HILFORT, and SONYA BEARD, On behalf of themselves and all others similarly situated, | ) ) ) ) ) ) Case No.: 1:18-cv-33 ) JURY DEMAND |
| Plaintiffs, | ) CAMPBELL/FRENSLEY |
| v. | ) ) |
| COMMUNITY PROBATION SERVICES, LLC, *et al.*, | ) ) ) |
| Defendants. | ) |

## GILES COUNTY, TENNESSEE'S MOTION TO DISMISS

Pursuant to Fed. R. Civ. P. 12(b)(6) and L.R. 7.01, Defendant Giles County, Tennessee hereby moves this Court for the entry of an Order dismissing Plaintiffs' claims against it, with prejudice. Specifically, the County states that Plaintiffs' First Amended Complaint fails to state a claim upon which relief can be granted as to this Defendant.

In support of this Motion, the County relies upon the Plaintiffs' First Amended Complaint and the contemporaneously filed Memorandum of Law.

Wherefore, Defendant Giles County, Tennessee respectfully requests that this Court enter an Order dismissing Plaintiffs' action against it, in its entirety, with prejudice.

Respectfully submitted,

*/s/Robyn Beale Williams*
Robyn Beale Williams, BPR #19736
Cassandra M. Crane, BPR #034889
**FARRAR & BATES, LLP**
211 Seventh Avenue North, Suite 500
Nashville, Tennessee 37219
(615) 254-3060
(615) 254-9835 Fax
robyn.williams@farrar-bates.com
casey.crane@farrar-bates.com
*Counsel for Giles County*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 6th day of August, 2018, a true and correct copy of the foregoing was sent via electronic filing to:

Kyle Mothershead
The Law Office of Kyle Mothershead
414 Union Street, Suite 900
Nashville, TN 37219
Phone: 615-982-8002
Fax: 615-229-6387
kyle@mothersheadlaw.com
*Counsel for Plaintiffs and Proposed Classes*

Elizabeth Rossi
Jonas Wang
Eric Halperin
Civil Rights Corps
910 17th Street NW, Suite 500
Washington, DC 20006
Phone: 202-599-0953
Fax: 202-609-8030
elizabeth@civilrightscorps.org
Jonas@civilrightscorps.org
eric@civilrightscorps.org
*Counsel for Plaintiffs and Proposed Classes*

Matthew J. Piers
Chirag G. Badlani
Kate E. Schwartz
Hughes, Socol, Piers, Resnick & Dym, Ltd.
70 W. Madison Street, Suite 4000
Chicago, IL 60602
Phone: 312-580-0100
Fax: 312-580-1994
mpiers@hsplegal.com
cbadlani@hsplegal.com
kschwartz@hsplegal.com
*Counsel for Plaintiffs and Proposed Classes*

J. Christopher Williams
Williams Law and Mediation Group
101 S. 1st Street
Pulaski, Tennessee 38478
Phone: 931-363-6500
Fax: 931-363-8904
cwilliams@newsouthlaw.com
*Counsel for Giles County*

Brandt M. McMillan
Tune, Entrekin & White, P.C.
315 Deaderick Street
Suite 1700
Nashville, TN 37238
Phone: 615-244-2770
Fax: 615-244-2778
bmcmillan@tewlawfirm.com

David W. Garrison
Scott P. Tift
Barrett Johnston Martin & Garrison, LLC
Bank of America Plaza
414 Union Street, Suite 900
Nashville, TN 37219
Phone: 615-244-2202
Fax: 615-252-3798
dgarrison@barrettjohnston.com
stift@barrettjohnston.com

Daniel H. Rader, IV
Moore, Rader, Clift & Fitzpatrick, P.C.
P O Box 3347
Cookeville, TN 38502
Phone: 931-526-3311
Fax: 931-526-3092
danny@moorerader.com

*/s/ Robyn Beale Williams*
Robyn Beale Williams