IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| KAREN MCNEIL, et al.,<br>On behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COMMUNITY PROBATION SERVICES, LLC, et al.,<br><br>Defendants. | Case No. 1:18-cv-00033<br>Judge Campbell / Frensley |

## PLAINTIFFS' MOTION TO DISMISS COUNTERCLAIM OF PSI DEFENDANTS

Pursuant to Federal Rule of Civil Procedure 12(b)(6) and Local Rule 7.01, Plaintiffs, by their undersigned counsel, hereby move to dismiss with prejudice the counterclaim brought by Defendants Progressive Sentencing, Inc., PSI-Probation II, LLC, PSI-Probation, L.L.C., Tennessee Correctional Services, LLC, Timothy Cook, Markeyta Bledsoe, and Harriet Thompson (collectively, the "PSI Defendants").

The PSI Defendants' counterclaim seeks an award of attorneys' fees and costs pursuant to 42 U.S.C § 1988 "if they are ultimately determined to be the prevailing party in this action." (Doc. 60, ¶ 641.) As more fully discussed in their contemporaneously filed Memorandum of Law in support of this Motion, the PSI Defendants' counterclaim must be dismissed because: (a) the counterclaim is a premature and improper mechanism to seek attorneys' fees, pursuant to Federal Rule of Civil Procedure 54(d)(2) and Local Rule 54.01(b); and (b) the counterclaim fails to state a cause of action where it is well established that 42 U.S.C § 1988 does not create an independent federal cause of action.

WHEREFORE, Plaintiffs respectfully request that this Court enter an Order dismissing the PSI Defendants' counterclaim with prejudice.

Dated: August 27, 2018

Respectfully Submitted,

*s/* David W. Garrison

| | |
|---|---|
| Elizabeth Rossi* (*pro hac vice*) | David W. Garrison, BPR 24968 |
| Jonas Wang (*pro hac vice*) | Scott P. Tift, BPR 27592 |
| Eric Halperin (*pro hac vice*) | BARRETT JOHNSTON MARTIN & |
| CIVIL RIGHTS CORPS | GARRISON, LLC |
| 910 17th Street NW, Suite 200 | Bank of America Plaza |
| Washington, DC 20006 | 414 Union Street, Suite 900 |
| Telephone: (202) 599-0953 | Nashville, TN 37219 |
| Facsimile: (202) 609-8030 | Telephone: (615) 244-2202 |
| elizabeth@civilrightscorps.org | Facsimile: (615) 252-3798 |
| jonas@civilrightscorps.org | dgarrison@barrettjohnston.com |
| eric@civilrightscorps.org | stift@barrettjohnston.com |

*Admitted solely to practice law in Maryland; not admitted in the District of Columbia. Practice is limited pursuant to D.C. App. R. 49(c)(3).

| | |
|---|---|
| Matthew J. Piers (*pro hac vice*) | Kyle Mothershead, BPR 22953 |
| Chirag G. Badlani (*pro hac vice*) | 414 Union Street, Suite 900 |
| Kate E. Schwartz (*pro hac vice*) | Nashville, TN 37219 |
| HUGHES SOCOL PIERS RESNICK | Telephone: (615) 982-8002 = |
| & DYM, LTD. | Facsimile: (615) 229-6387 |
| 70 W. Madison St., Suite 4000 | kyle@mothersheadlaw.com |
| Chicago, Illinois 60602 | |
| Telephone: (312) 580-0100 | |
| Facsimile: (312) 580-1994 | |
| mpiers@hsplegal.com | |
| cbadlani@hsplegal.com | |
| kschwartz@hsplegal.com | |

*Attorneys for Plaintiffs and Proposed Classes*

# CERTIFICATE OF SERVICE

I certify that on August 27, 2018, I electronically filed the foregoing Plaintiffs' Motion to Dismiss Counterclaim of PSI Defendants using the CM-ECF System, which caused notice to be sent to all counsel of record who are registered with the CM/ECF system, including the following Counsel for Defendants:

Daniel H. Rader, IV
Moore, Rader, Clift & Fitzpatrick, P.C.
P O Box 3347
Cookeville, TN 38502
(931) 526-3311
Fax: (931) 526-3092
Email: danny@moorerader.com

Brandt M. McMillan
Tune, Entrekin & White, P.C.
315 Deaderick Street
Suite 1700
Nashville, TN 37238
(615) 244-2770
Email: bmcmillan@tewlawfirm.com

Timothy N. O'Connor
Tune, Entrekin, & White, P.C.
315 Deaderick St., Ste. 1700
Nashville, TN 37238-1700
p: (615) 244-2770
Email: toconnor@tewlawfirm.com

Robyn Beale Williams
Farrar & Bates
211 Seventh Avenue, North
Suite 500
Nashville, TN 37219
(615) 254-3060
Fax: (615) 254-9835
Email: robyn.williams@farrar-bates.com

Cassandra M. Crane
Farrar & Bates
211 Seventh Avenue, North
Suite 500
Nashville, TN 37219
615-254-3060
Fax: 615-254-9835
Email: casey.crane@farrar-bates.com

John Christopher Williams
Williams Law and Mediation Group
101 S 1st Street
Pulaski, TN 38478
(931) 363-6500
Fax: (931) 363-8904
Email: cwilliams@newsouthlaw.com

*s/* David W. Garrison