IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | | |
|---|---|---|
| KAREN MCNEIL, et al., | ) | |
| Plaintiffs, | ) | |
| v. | ) | NO. 1:18-cv-00033 |
| COMMUNITY PROBATION SERVICES, LLC, et al., | ) ) | JUDGE CAMPBELL MAGISTRATE JUDGE FRENSLEY |
| Defendants. | ) | |

## ORDER

Pending before the Court is Plaintiffs' Motion to Dismiss Counterclaim of PSI Defendants (Doc. No. 70), in which Plaintiffs seeks to dismiss a counterclaim for an award of attorneys' fees and costs asserted by Defendants Progressive Sentencing, Inc., PSI-Probation II, LLC, PSI-Probation, L.L.C., Tennessee Correctional Services, LLC, Timothy Cook, Markeyta Bledsoe, and Harriet Thompson ("the PSI Defendants") in their initial answer (Doc. No. 60). In Response (Doc. No. 93) to the Motion, the PSI Defendants point out that their recently-filed amended answer (Doc. No. 80) does not include a counterclaim for attorneys' fees and costs.

Because the PSI Defendants have abandoned their counterclaim for attorneys' fees and costs, Plaintiffs' Motion to Dismiss (Doc. No. 70) the counterclaim is **DENIED**, as moot.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE