# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# COLUMBIA DIVISION

| | | |
|---|---|---|
| KAREN MCNEIL, et al., | ) | |
| Plaintiffs, | ) | |
| v. | ) | NO. 1:18-cv-00033 |
| COMMUNITY PROBATION SERVICES, LLC, et al., | ) | JUDGE CAMPBELL<br>MAGISTRATE JUDGE FRENSLEY |
| Defendants. | ) | |

## ORDER

Pending before the Court is a Motion to Transfer Location of Preliminary Hearing to Columbia, Tennessee, Alternatively Request Preliminary Hearing Begin at 9 A.M./Amended Notice Re: Timing of Testimony of Judge J. Russell Parkes (Doc. No. 208), filed by Judge J. Russell Parkes. Through the Motion, Judge Parkes indicates that his notice to the Court of his availability to testify at 1:00 p.m. on January 31, 2019 was based on his understanding that the preliminary injunction hearing would be held in Columbia instead of Nashville. Upon learning the hearing will be held in Nashville, Judge Parkes no longer believes he will be available to testify at that time, and requests the Court move the hearing to Columbia, or alternatively, begin the hearing at 9:00 a.m. on January 31, 2019 and allow him to testify at that time.

As stated in its prior Order, the Court is mindful of Judge Parkes' obligations and the important work of the court in the 22nd Judicial District, and will make every effort to accommodate his schedule. Moving the hearing to Columbia at this late date, however, presents significant logistical challenges, and the Court is unable to accommodate that request. The Court is able is accommodate Judge Parkes' alternative request to begin the hearing at an earlier time.

Accordingly, the Motion (Doc. No. 208) is **GRANTED** as follows: the preliminary injunction hearing will begin at 9:00 a.m. on January 31, 2019, and Judge Parkes will testify at that time.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE

2

Case 1:18-cv-00033   Document 209   Filed 01/28/19   Page 2 of 2 PageID #: 6396