# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## COLUMBIA DIVISION

|  |  |
|---|---|
| KAREN MCNEIL, et al.,<br>On behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COMMUNITY PROBATION SERVICES, LLC, et al.,<br><br>Defendants. | Case No.    1:18-cv-00033<br><br>Judge Campbell / Frensley |

## JOINT MOTION FOR ENTRY OF AGREED PROTECTIVE ORDER

Plaintiffs and Defendants hereby jointly move for the entry of the attached Agreed Protective Order.


Respectfully submitted,

/s/ Scott P. Tift
Elizabeth Rossi (*pro hac vice*)
Jonas Wang (*pro hac vice*)
Eric Halperin (*pro hac vice*)
CIVIL RIGHTS CORPS
910 17th Street NW, Suite 200
Washington, DC 20006
Telephone: (202) 599-0953
Facsimile: (202) 609-8030
elizabeth@civilrightscorps.org
jonas@civilrightscorps.org
eric@civilrightscorps.org


Matthew J. Piers (*pro hac vice*)

Dated:  February 5, 2019



David W. Garrison, BPR 24968
Scott P. Tift, BPR 27592
BARRETT JOHNSTON MARTIN &
GARRISON, LLC
Philips Plaza
414 Union Street, Suite 900
Nashville, TN 37219
Telephone: (615) 244-2202
Facsimile: (615) 252-3798
dgarrison@barrettjohnston.com
stift@barrettjohnston.com


Kyle Mothershead, BPR 22953

1

Chirag G. Badlani (*pro hac vice*)
Kate E. Schwartz (*pro hac vice*)
HUGHES SOCOL PIERS RESNICK
& DYM, LTD.
70 W. Madison St., Suite 4000
Chicago, Illinois 60602
Telephone: (312) 580-0100
Facsimile: (312) 580-1994
mpiers@hsplegal.com
cbadlani@hsplegal.com
kschwartz@hsplegal.com

414 Union Street, Suite 900
Nashville, TN 37219
Telephone: (615) 982-8002
Facsimile: (615) 229-6387
kyle@mothersheadlaw.com

*Attorneys for Plaintiffs and Proposed Classes*


/s/ Cassandra M. Crane w/ permission
Robyn Beale Williams, BPR #19736
Cassandra M. Crane, BPR #034889
FARRAR & BATES, LLP
211 Seventh Avenue North, Suite 500
Nashville, Tennessee 37219
Telephone: (615) 254-3060
Facsimile: (615) 254-9835
robyn.williams@farrar-bates.com
casey.crane@farrar-bates.com

*Attorneys for the County Defendants*


/s/ Brandt M. McMillan w/ permission
Brandt M. McMillan (BPR No. 025565)
Timothy N. O'Connor (BPR No.035276)
Tune, Entrekin, & White, P.C.
315 Deaderick St., Ste. 1700
Nashville, TN 37238-1700
Telephone: (615) 244-2770
Facsimile: (615) 244-2778
bmcmillan@tewlawfirm.com
toconnor@tewlawfirm.com

2

*Attorneys for the PSI Defendants*


/s/ Daniel H. Rader IV w/ permission
Daniel H. Rader IV (BPR No. 025998)
Randall A. York (BPR No. 010166)
Moore, Rader, Fitzpatrick and York, P.C.
P. O. Box 3347
Cookeville, TN 38502
Telephone: (931) 526-3311
danny@moorerader.com
randyyork@moorerader.com

*Attorneys for CPS Defendants*

## CERTIFICATE OF SERVICE

I certify that on February 5, 2019, I electronically filed the foregoing JOINT MOTION FOR ENTRY OF AGREED PROTECTIVE ORDER using the CM-ECF System, which caused notice to be sent to all counsel of record who are registered with the CM/ECF system, including the following Counsel for Defendants:

Daniel H. Rader, IV
Moore, Rader, Clift & Fitzpatrick, P.C.
P O Box 3347
Cookeville, TN 38502
(931) 526-3311
Fax: (931) 526-3092
Email: danny@moorerader.com

Brandt M. McMillan
Tune, Entrekin & White, P.C.
315 Deaderick Street
Suite 1700
Nashville, TN 37238
(615) 244-2770
Email: bmcmillan@tewlawfirm.com

Timothy N. O'Connor
Tune, Entrekin, & White, P.C.
315 Deaderick St., Ste. 1700
Nashville, TN 37238-1700
p: (615) 244-2770
Email: toconnor@tewlawfirm.com

Cassandra M. Crane
Farrar & Bates
211 Seventh Avenue, North
Suite 500
Nashville, TN 37219
615-254-3060
Fax: 615-254-9835
Email: casey.crane@farrar-bates.com

John Christopher Williams
Williams Law and Mediation Group
101 S 1st Street
Pulaski, TN 38478
(931) 363-6500
Fax: (931) 363-8904
Email: cwilliams@newsouthlaw.com

3

Robyn Beale Williams
Farrar & Bates
211 Seventh Avenue, North
Suite 500
Nashville, TN 37219
(615) 254-3060
Fax: (615) 254-9835
Email: robyn.williams@farrar-bates.com                    _s/_ Scott P. Tift