UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| KAREN McNEIL, et al. )<br>    Plaintiff(s) )<br>)<br>v. )<br>)<br>)<br>COMMUNITY PROBATION SERVICES, )<br>LLC, et al. )<br>    Defendant(s) ) | Civil Action No. 1:18-0033<br>Judge Campbell / Frensley |

## O R D E R

The Plaintiff contacted the Court regarding discovery and scheduling issues. A telephone conference is set for **March 25, 2019, at 1:30 p.m.** The parties shall call **1-877-336-1831** at the appointed time, and when prompted for the access code, enter **7039387#** to participate in the Conference.

A concise statement outlining the issues to be discussed shall be emailed to chambers at frensleychambers@tnmd.uscourts.gov no later than 3:00 p.m. on March 22, 2019.

IT IS SO ORDERED.

_____
JEFFERY S. FRENSLEY
United States Magistrate Judge