IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

KAREN MCNEIL, et al.,           )
                                )
    Plaintiffs,                 )
                                )
v.                              )     NO. 1:18-cv-00033
                                )
COMMUNITY PROBATION             )     JUDGE CAMPBELL
SERVICES, LLC, et al.,          )     MAGISTRATE JUDGE FRENSLEY
                                )
    Defendants.                 )

## ORDER

In his Order (Doc. No. 229) of February 21, 2019, the Magistrate Judge granted Plaintiffs' request to extend the deadline for moving to amend or add parties to April 1, 2019, in order to allow Plaintiffs to substitute a class representative for Sandra Beard, who Plaintiffs represent is now unavailable for medical reasons. Given the possibility that the individuals who seek to proceed as class representatives may change if Plaintiffs are permitted to replace Ms. Beard, the Court concludes the pending Motion for Class Certification (Doc. No. 36) should be **DENIED**, without prejudice to refiling after the identity of class representatives has been finalized. The Magistrate Judge shall set new deadlines for the filing of a motion for class certification, as well as Defendants' responses, and Plaintiffs' reply. Accordingly, Plaintiffs' Motion to Amend Deadlines Relating to Plaintiffs' Motion for Class Certification (Doc. No. 230) and PSI Defendants' Motion for Extension of Time to Respond to Plaintiffs' Motion for Class Certification (Doc. No. 232) are **DENIED,** as moot. Defendants' Motions (Doc. Nos. 28, 31) to hold the class certification motion in abeyance until the initial case management conference are also **DENIED**, as moot.

Plaintiff Hilfort's Motion *in Limine* to Prohibit Examination of Probationers Beyond the Scope of Count 15 of Plaintiffs' First Amended Complaint (Doc. No. 169) is also **MOOT**, as no witnesses were called at the preliminary injunction hearing.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE