IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| KAREN MCNEIL, et al.,<br>On behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COMMUNITY PROBATION SERVICES, LLC, et al.,<br><br>Defendants. | Case No.  1:18-cv-00033<br>Judge Campbell / Frensley |

## PLAINTIFFS' (1) MOTION TO SUBSTITUTE LUCINDA BRANDON AS A NAMED PLAINTIFF AND (2) MOTION TO FILE A SECOND AMENDED COMPLAINT

For the reasons set forth in the accompanying memorandum of law, Plaintiffs respectfully move pursuant to Rule 21 of the Federal Rules of Civil Procedure to substitute Lucinda Brandon for Sonya Beard as a named Plaintiff, and, pursuant to Rule 15, to file a second amended complaint.[1]

A Proposed Order granting these Motions is attached hereto.

Dated:  April 1, 2018

Elizabeth Rossi (*pro hac vice*)
Jonas Wang (*pro hac vice*)
Eric Halperin (*pro hac vice*)
CIVIL RIGHTS CORPS
910 17th Street NW, Suite 200
Washington, DC 20006

Respectfully Submitted,

*s/ Elizabeth Rossi*

David W. Garrison, BPR 24968
Scott P. Tift, BPR 27592
BARRETT JOHNSTON MARTIN &
GARRISON, LLC
Philips Plaza
414 Union Street, Suite 900

---

[1] Plaintiffs conferred with opposing counsel regarding these Motions. Counsel stated they would need to see the Motions before they could know whether they would oppose, though CPS Defendants stated that they do not expect to oppose. Counsel for the County Defendants stated that they would file a notice of non-opposition promptly if, after seeing Plaintiffs' Motions, they do not oppose.

1

Telephone: (202) 599-0953  
Facsimile: (202) 609-8030  
elizabeth@civilrightscorps.org  
jonas@civilrightscorps.org  
eric@civilrightscorps.org  

Matthew J. Piers (*pro hac vice*)  
Chirag G. Badlani (*pro hac vice*)  
Kate E. Schwartz (*pro hac vice*)  
HUGHES SOCOL PIERS RESNICK  
& DYM, LTD.  
70 W. Madison St., Suite 4000  
Chicago, Illinois 60602  
Telephone: (312) 580-0100  
Facsimile: (312) 580-1994  
mpiers@hsplegal.com  
cbadlani@hsplegal.com  
kschwartz@hsplegal.com  

Nashville, TN 37219  
Telephone: (615) 244-2202  
Facsimile: (615) 252-3798  
dgarrison@barrettjohnston.com  
stift@barrettjohnston.com  

Kyle Mothershead, BPR 22953  
414 Union Street, Suite 900  
Nashville, TN 37219  
Telephone: (615) 982-8002  
Facsimile: (615) 229-6387  
kyle@motherssheadlaw.com  

*Attorneys for Plaintiffs and Proposed Classes*

# CERTIFICATE OF SERVICE

I certify that on April 1, 2019, I electronically filed the foregoing Plaintiffs' Motion to Substitute and Motion to File Second Amended Complaint using the CM-ECF System, which caused notice to be sent to all counsel of record who are registered with the CM/ECF system, including the following Counsel for Defendants:

Daniel H. Rader, IV
Moore, Rader, Clift & Fitzpatrick, P.C.
P O Box 3347
Cookeville, TN 38502
(931) 526-3311
Fax: (931) 526-3092
Email: danny@moorerader.com

Brandt M. McMillan
Tune, Entrekin & White, P.C.
315 Deaderick Street
Suite 1700
Nashville, TN 37238
(615) 244-2770
Email: bmcmillan@tewlawfirm.com

Timothy N. O'Connor
Tune, Entrekin, & White, P.C.
315 Deaderick St., Ste. 1700
Nashville, TN 37238-1700
p: (615) 244-2770
Email: toconnor@tewlawfirm.com

Robyn Beale Williams
Farrar & Bates
211 Seventh Avenue, North
Suite 500
Nashville, TN 37219
(615) 254-3060
Fax: (615) 254-9835
Email: robyn.williams@farrar-bates.com

Cassandra M. Crane
Farrar & Bates
211 Seventh Avenue, North
Suite 500
Nashville, TN 37219
615-254-3060
Fax: 615-254-9835
Email: casey.crane@farrar-bates.com

John Christopher Williams
Williams Law and Mediation Group
101 S 1st Street
Pulaski, TN 38478
(931) 363-6500
Fax: (931) 363-8904
Email: cwilliams@newsouthlaw.com

*s/* Scott Tift