ORDER: Motion granted without opposition.

*[signature]*
U.S. Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| KAREN MCNEIL, et al.,<br>On behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COMMUNITY PROBATION SERVICES, LLC, et al.,<br><br>Defendants. | Case No.   1:18-cv-00033<br>Judge Campbell / Frensley |

### PLAINTIFFS' (1) MOTION TO SUBSTITUTE LUCINDA BRANDON AS A NAMED PLAINTIFF AND (2) MOTION TO FILE A SECOND AMENDED COMPLAINT

For the reasons set forth in the accompanying memorandum of law, Plaintiffs respectfully move pursuant to Rule 21 of the Federal Rules of Civil Procedure to substitute Lucinda Brandon for Sonya Beard as a named Plaintiff, and, pursuant to Rule 15, to file a second amended complaint.[1]

A Proposed Order granting these Motions is attached hereto.

Dated:  April 1, 2018

Respectfully Submitted,

*s/ Elizabeth Rossi*

Elizabeth Rossi (*pro hac vice*)
Jonas Wang (*pro hac vice*)
Eric Halperin (*pro hac vice*)
CIVIL RIGHTS CORPS
910 17th Street NW, Suite 200
Washington, DC 20006

David W. Garrison, BPR 24968
Scott P. Tift, BPR 27592
BARRETT JOHNSTON MARTIN & GARRISON, LLC
Philips Plaza
414 Union Street, Suite 900

---

[1] Plaintiffs conferred with opposing counsel regarding these Motions. Counsel stated they would need to see the Motions before they could know whether they would oppose, though CPS Defendants stated that they do not expect to oppose. Counsel for the County Defendants stated that they would file a notice of non-opposition promptly if, after seeing Plaintiffs' Motions, they do not oppose.