**ROSS, APRIL MICHELLE**

**ID**  45263

violations of those conditions or policies can result in a violation of probation and/or new law violations.
15. Be required to observe any special conditions imposed by the court, to wit:

Violation of any of the terms of Probation may be sufficient cause for revocation of Probation.

The expiration date of this probationary sentence is the 07/18/2018

$53.50 each ov will assure pd in full

| Date | Entry | Initials |
|---|---|---|
| 8/8/2017 | OV-- P reported as instructed.<br>VIOLATION(S)--Reported no new arrest or violations.<br>END DATE(S)--7/19/18<br>COURT DATE(S)--na<br>EMPLOYED--na, is looking for something<br>$0<br>CC--paid 0 owes 239 simple assault, owes 466 dom ass<br>SF--paid 0 owes 80<br>CSW--none ordered<br>DT-- Not Given<br>JAIL--na<br>CLASSES--none ordered<br>Rx--none narcotic<br>NOTES--said that her dr might change her meds and i told her if she starts on any narcotics to bring a list from the pharmacy for her file. said she will. and said she will start paying next ov<br>RIP--8/22/17<br><br>cb | cbult |
| 8/22/2017 | OV-- P reported as instructed.<br>VIOLATION(S)--Reported no new arrest or violations.<br>END DATE(S)--7/19/18<br>COURT DATE(S)--na<br>EMPLOYED-- Taco Bell<br>$0<br>CC--paid 0 owes 239 simple assault, owes 466 dom ass<br>SF--paid 0 owes 125.00<br>CSW--none ordered<br>DT-- Not Given<br>JAIL--na<br>CLASSES--none ordered<br>Rx-- brought in verification of medication for file and I reminded her that is something we need every month<br>pi: same<br>cwp: none<br>NOTES-- P said she broke her foot (she was on crutches) on Sunday and she doesnt know how long she will have to be on crutches but her job is working with her and told her that she would get to keep her job and she can start as soon as she gets better. P said she was suppsoe to start making payments at the end of this week, I told her since her accident happened that she can start her payments next OV and told her to try and have at least $50 but if she was still unable to work due to injury we would talk to about it then.<br>RIP-- 9/12/17<br><br>hl | hlee |

**ROSS, APRIL MICHELLE**

| ID | 45263 | |
|---|---|---|
| 9/12/2017 | OV-- P reported as instructed. | pmcnair |􀀀

9/12/2017      OV-- P reported as instructed.      pmcnair
VIOLATION(S)--Reported no new arrest or violations.
END DATE(S)--7/19/18
COURT DATE(S)--na
EMPLOYED-- Taco Bell - actually never started yet due to broken foot
$0 brought cash - going get $25 mo return
CC--paid 0 owes 239 simple assault, owes 466 dom ass
SF--paid 0 owes 125.00
DT-- next ov
JAIL--na
Rx-- updated meds next ov
NOTES-- NOT AT WORK YET DUE TO FOOT
PI: same
CWP: none
RIP-- 9/26/17

9/12/2017      returned with      pmcnair
mo 162859
$25(12.5sf/12.5cc)

9/26/2017      OV-- P reported as instructed.      hlee
VIOLATION(S)--Reported no new arrest or violations.
END DATE(S)--7/19/18
COURT DATE(S)--na
EMPLOYED-- na, will apply at Family Dollar and a few other places. Since it has been a month since she was suppose to start at Taco Bell they told her they idnt need her anymore.
$0 brought cash
CC--paid 0 owes 239 simple assault, owes 466 dom ass
SF--paid 0 owes 157.50
DT-- Negative x9
JAIL--na
Rx-- brought in verification of medication
NOTES-- P said she had a rougth few days. P said she tried to hang herself twice and the first time she almost died and the second time she just blacked out and her boyfriend saved her. Her neck looked awful you could see where the rope was around her neck. P said she feels like nothing is going right for her but she is going to talk to her counselor next week and maybe that will do her some good. She is stressing about money and trying to get this paid, I told her to keep looking for a job and something will come up.
PI: same
CWP: none
RIP-- 10/10

hl

**ROSS, APRIL MICHELLE**

ID    45263

| | | |
|---|---|---|
| 10/10/2017 | OV-- P reported as instructed.<br>VIOLATION(S)--Reported no new arrest or violations.<br>END DATE(S)-- 7/19/18<br>COURT DATE(S)-- na<br>==EMPLOYED-- Subway in Columbia, just started==<br>CC-- paid 0 owes 466.00 and 226.50<br>SF-- paid 0 owes 157.50<br>CSW-- na<br>DT-- Not Given<br>JAIL-- na<br>CLASSES-- na<br>Rx-- in file<br>NOTES-- P was in better spirits today and said things were starting to look up for her and she is hoping to get a lot of hours at Subway since Christmas is coming up and so she can get this PIF. ==I advised P to keep reporting and start bringing in payments once she starts to get her checks.==<br>RIP-- 10/24<br><br>hl | hlee |
| 10/24/2017 | OV-- P reported as instructed.<br>VIOLATION(S)--Reported no new arrest or violations.<br>END DATE(S)-- 7/19/18<br>COURT DATE(S)-- na<br>EMPLOYED-- Subway in Columbia<br>$0 by next ov will start having payments - for sure pay all off with income tax<br>CC-- paid 0 owes 466.00 and 226.50<br>SF-- paid 0 owes 202.50<br>DT-- last tested 9/26/17<br>JAIL-- na<br>Rx-- nd update on any narcotics<br>NOTES--<br>PI - using her mom track phone lost hers<br>CWP: none<br>RIP-- 11/14/17 | pmcnair |
| 11/14/2017 | OV-- P reported as instructed.<br>VIOLATION(S)--Reported no new arrest or violations.<br>END DATE(S)-- 7/19/18<br>COURT DATE(S)-- na<br>EMPLOYED-- Subway in Columbia<br>$0<br>CC-- 0 owes 466.00 and 226.50<br>SF-- 0 owes 202.25<br>DT-- last tested 9/26/17<br>JAIL-- na<br>Rx-- nd update on any narcotics<br>==NOTES-- said old drug to go back and forth to work takes everythin gshe makes for gas - can barely pay rent or survive doesnt know what she is going to do==<br>PI - same<br>CWP: none<br>RIP-- 11/28/17 | pmcnair |

**ROSS, APRIL MICHELLE**

ID      45263

| | | |
|---|---|---|
| 11/28/2017 | OV-- P reported as instructed.<br>VIOLATION(S)--Reported no new arrest or violations.<br>END DATE(S)-- 7/19/18<br>COURT DATE(S)-- na<br>EMPLOYED-- Subway in Columbia<br>$0<br>CC-- 0 owes 466.00 and 226.50<br>SF-- 0 owes 248.25<br>DT-- last tested 9/26/17<br>JAIL-- na<br>Rx-- nd update on any narcotics<br>==NOTES-- said plans to pay off with income tax - adv needs to try to bring in something each ov as judge requested even if $10 she said that whd would==<br>PI - same<br>CWP: none<br>RIP-- 12/12/17 | pmcnair |
| 12/12/2017 | OV-- P reported as instructed.<br>VIOLATION(S)--Reported no new arrest or violations.<br>END DATE(S)-- 7/19/18<br>COURT DATE(S)-- na<br>EMPLOYED-- Subway in Columbia<br>$0<br>CC-- 0 owes 466.00 and 226.50<br>SF-- 0 owes 248.25<br>DT-- given today<br>JAIL-- na<br>Rx-- nas<br>NOTES-- told her needed to be sure to continue reporting and make her payments as ordered will advise when vopissued and bond amt<br>PI - same<br>CWP: none<br>RIP-- 12/26/17 | pmcnair |
| 12/26/2017 | OV-- P reported as instructed.<br>VIOLATION(S)--Reported no new arrest or violations.<br>END DATE(S)-- 7/19/18<br>COURT DATE(S)-- na<br>EMPLOYED-- Subway in Columbia<br>$0<br>CC-- 0 owes 466.00 and 226.50<br>SF-- 0 owes 293.25<br>DT-- signed admission on file for marijuana<br>JAIL-- na<br>Rx-- nas<br>NOTES-- siad mom worked and h & r block and will file her taxes early - working at subway in columbia - said take 140 every two wk to get to work in gas - after 1st of yr will start looking for another job closer<br>PI - same<br>CWP: none<br>RIP-- 1/9/18 | pmcnair |

**ROSS, APRIL MICHELLE**

**ID**       45263

| | | |
|---|---|---|
| 12/27/2017 | prepared vop on ct1 and 2<br>COURT COST: $692.50 | pmcnair |
| | CONDITION NO. 8: "I WILL NOT USE OR HAVE IN MY POSSESSION INTOXICANTS, NARCOTIC DRUGS OR MARIJUANA".  On the 12th day of December 2017 Defendant tested positive for MARIJUANA in a urine sample and admitted use approximately 2 weeks prior. | |
| | CONDITION NO. 9: "I AGREE TO PAY ALL REQUIRED COURT FINES AND COURT COST".  On the 20th day of July 2017 Defendant was ordered to pay a minimum of $25 per week and has failed to do so. | |
| | 1st VOP<br>bond $1500 | |
| 1/9/2018 | OV-- P reported as instructed.<br>VIOLATION(S)--Reported no new arrest or violations.<br>END DATE(S)-- pending VOP<br>COURT DATE(S)-- pending VOP<br>EMPLOYED-- Subway in Columbia<br>$0<br>CC-- 0 owes 466.00 and 226.50<br>SF-- 0 owes 293.25<br>DT-- Not Given, last tested 12/26/17<br>JAIL-- na<br>Rx-- none reported<br>NOTES-- said that she wants to pay it off but has to go back to court for a violation so theres really no point. Told her about her violation warrant so she can get that taken care of<br>PI - same<br>CWP: none<br>RIP-- 1/23/18<br><br>sb | sbolin |
| 1/24/2018 | 10"40 AM 1/23 TCF P LEFT VOICE MAIL WAS AIN CAR ACCIDENT CANT DRIVE IT WI REPORT ASAP | pmcnair |
| 2/6/2018 | OV-- P reported as instructed.<br>VIOLATION(S)--Reported no new arrest or violations.<br>END DATE(S)-- pending VOP<br>COURT DATE(S)-- 2/27 for vop<br>EMPLOYED-- Subway in Columbia<br>$0<br>CC-- 0 owes 466.00 and 226.50<br>SF-- 0 owes 374<br>DT-- Not Given, last tested 12/26/17<br>JAIL-- na<br>Rx-- none reported<br>NOTES--  said she is sick and hopes to go to the dr tomorrow<br>PI - same<br>CWP: none<br>RIP-- 2/20/18<br><br>sb | sbolin |
| 2/9/2018 | tcf p stated her court date is 2/22 not 2/27 | pmcnair |
| 2/21/2018 | 2/21 tcf p stated just notice that missed reporting so sorry ▮ | pmcnair |

**ROSS, APRIL MICHELLE**

**ROSS, APRIL MICHELLE**

**ID** 45263

| | | |
|---|---|---|
| 2/22/2018 | Defendant pled guilty to violation of probation on 2/22/18 and received 30 days to serve extend11/29 or until paid in full defendant to report to Giles Co Jail on March 26, 2018 9 am Monday to Thursday March 29, 2018 at 9 am and each consecutive week until served.  Must provide proof of employment each Monday or serve straight through and  pay cost $25/wk beginning 4/6/18. | pmcnair |
| 2/27/2018 | OV-- P reported as instructed.<br>VIOLATION(S)--Reported no new arrest or violations.<br>END DATE(S)-- 2/20/19<br>COURT DATE(S)-- none<br>EMPLOYED-- Subway in Columbia<br>$0<br>CC-- 0 owes 422.50 simple assault and 647 domestic assault<br>SF-- 0 owes 419<br>DT-- Not Given, last tested 12/26/17<br>JAIL-- na<br>Rx-- none reported<br>NOTES--  wanted her balances to pay it off today but when i gave them to her she seemed shocked and said that Patricia gave her a different balance last time. I told her that included her new court costs and all of her probation fees. Said she would try and bring it by later<br>PI - same<br>CWP: none<br>RIP-- 3/13<br><br>sb | sbolin |
| 2/27/2018 | Came back and paid everything off, placed on unsupervised<br><br>sb | sbolin |