**Mcneil, Karen Sue**

| | |
|---|---|
| ID | 38104 |

| | | |
|---|---|---|
| 5/17/2016 | TN VOP DISPO | pmcnair |

Defendant pled guilty to violation of probation on 4/28/16 and received partial revocation to serve 45 days to serve with probation reinstated. Report to Giles Co Jail on 5/6/16 at 7 pm to be paid at a rate of $25/week beginning 2nd week after release from jail.

| | | |
|---|---|---|
| 6/7/2016 | OV-- P reported as instructed. | pmcnair |

VIOLATION(S)--Reported no new arrest or violations.
END DATE(S)--11/16
COURT DATE(S)--na
EMPLOYED--ssi
mo 6005121295
$100 ($45 - $55 cc)
CC--
SF--
DT-- Not Given
JAIL--completed 6/6/16
NOTES--
no cwp
pic same
RIP--07/5/16

| | | |
|---|---|---|
| 7/5/2016 | OV-- P reported as instructed, nothing has changed and ncwp. | jables |

VIOLATION(S)--Reported no new arrest or violations.
END DATE(S)--11/16
COURT DATE(S)--n/a
EMPLOYED--ssi
CC--$50.00
SF--$50.00
CSW--
DT-- Not Given
JAIL--
CLASSES--n/a
NOTES--advised P to keep reporting and paying.
RIP--8/02/16
ja

| | | |
|---|---|---|
| 8/2/2016 | OV-- P reported as instructed, | pmcnair |

VIOLATION(S)--Reported no new arrest or violations.
END DATE(S)--11/16
COURT DATE(S)--n/a
EMPLOYED--ssi
$100
CC--60 bal vop pd in full bal dosl 254
SF--$40 bal $45
DT-- given today
JAIL--completed
NOTES--
no cwp
pi same
RIP--9/6/16

| | | |
|---|---|---|
| 8/2/2016 | ds results - pos benzo and oxy | pmcnair |

signed admission to taking today to have her valid current rx in office by next tuesday 8/9/16 for last 30 days

| | | |
|---|---|---|
| 8/10/2016 | ==def provided old rx for bothmeds - per da crawford hold off on vop - adv her needs to be updated== | pmcnair |

benzo was from January and oxy was from May

---

*Probation Tracking System is copyrighted by General Computer Services*    7

**Mcneil, Karen Sue**

ID        38104

9/7/2016    OV-- P reported as instructed,                                            pmcnair
VIOLATION(S)--Reported no new arrest or violations.
END DATE(S)--11/16
COURT DATE(S)--n/a
EMPLOYED--ssi
$0
CC-l bal dosl 254
SF--BAL 90
DT-- last tested 8/2
JAIL--completed
NOTES--
no cwp
pi same
RIP--10/4

==if def doenst bring mo before end of month adv her will require $195 last two months==

10/12/2016    tct number liste - message stated not a reachable number               pmcnair

letter with balance

10/12/2016    October 12, 2016                                                                 pmcnair

Karen Sue Mcneil



Dear Karen Mcneil:

This is a notice that you have missed your scheduled probation meeting! You were scheduled to report to my office on 10/04/16 and 10/11/16 and you failed to do so. Failure to report is a serious violation of your probation.

I am rescheduling you another appointment 10/18/16 . Failure to report may result in further action by your probation officer. Your delinquencies are as follows:

Docket#     Fee Type            Balance         Deliq Amt
DOSLCOURT COST 254.00$254.00
PROB FEES$135.00

You only have October and November to have all your cost and fees paid in full to avoid a violation. If you can bring $389 on the 18th of October when you report that will conclude your probation. However if you can't you will need to break down into two months $217 for October and again for the 1st of November.

**Mcneil, Karen Sue**

| | | |
|---|---|---|
| **ID** | 38104 | |
| 10/21/2016 | prepared vop<br>COURT COST: $479.00 | pmcnair |

CONDITION NO. 6: "I WILL REPORT TO MY PROBATION OFFICER AS INSTRUCTED". Defendant failed to report on 10/4/16, 10/11/16 and 10/18/16.

CONDITION NO. 9: "I AGREE TO PAY ALL REQUIRED SUPERVISION FEES, COURT FINES AND COURT COST". Defendant has failed to have all fines and cost paid in full prior to the expiration of his probation period.

2nd VOP (1st filed 4/20/16, disp 4/28/16, rec'd 45 days)

BOND $1500

| | | |
|---|---|---|
| 11/1/2016 | OV-- P reported as instructed, hasn't been well and her daughter took her wallet but will b<br>in full payment tomorrow. P brought in paperwork from hospital and has been having a<br>terrible time with her back, now on a tin unit.<br>VIOLATION(S)--Reported no new arrest or violations.<br>END DATE(S)--11/16<br>COURT DATE(S)--n/a<br>EMPLOYED--ssi<br>$0<br>CC-l bal dosl 254<br>SF--BAL 135<br>DT-- last tested 8/2<br>JAIL--completed<br>NOTES--advised P the total amt of $389.00 and will bring in tomorrow<br>RIP--vop pending.<br>ja | jables |
| 12/15/2016 | December 15, 2016 | pmcnair |

Karen Sue Mcneil



Dear Karen Mcneil:

This is a notice that you have missed your scheduled probation meeting! You were last scheduled to report to my office on 12/06/16 and you failed to report.

I am scheduling you another appointment 12/20/16.

| | | |
|---|---|---|
| 12/21/2016 | mail returned ad unable to forward | pmcnair |
| 1/5/2017 | TNVOP DISPO<br>Defendant pled guilty to violation of probaiton on 12/22/16 received partial revocatin to serve 45 days with remainder of sentenced extended 6 months from 12/22/16 supervised until paid in full. 45 days to be served Thursday to Sunday at 5 pm and each cx weekend until 45 days are satisfied. Cost to be paid by defendant. | pmcnair |

*Probation Tracking System is copyrighted by General Computer Services* 9
Case 1:18-cv-00033 Document 263-5 Filed 05/23/19 Page 3 of 3 PageID #: 7423
C:\Production\PTS Computer Files\Mcneil_Karen-ProbationHistory-.pdf