IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| KAREN MCNEIL, et al.,<br>On behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COMMUNITY PROBATION SERVICES, LLC, et al.,<br><br>Defendants. | Case No. 1:18-cv-00033<br>Judge Campbell / Frensley |

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 83.01(g), Plaintiffs Karen McNeil, Lesley Johnson, Tanya Mitchell, Indya Hilfort, and Lucinda Brandon, by and through counsel, respectfully move the Court to allow Jonas Wang to withdraw as counsel of record in this action. Jonas Wang is leaving Civil Rights Corps and will take a position as a law clerk in the Southern District of New York.

Respectfully Submitted,

/s/ Jonas Wang

| | |
|---|---|
| Elizabeth Rossi (*pro hac vice*) | David W. Garrison, BPR 24968 |
| Jonas Wang (*pro hac vice*) | Scott P. Tift, BPR 27592 |
| Eric Halperin (*pro hac vice*) | BARRETT JOHNSTON MARTIN & |
| CIVIL RIGHTS CORPS | GARRISON, LLC |
| 910 17th Street NW, Suite 200 | Philips Plaza |
| Washington, DC 20006 | 414 Union Street, Suite 900 |
| Telephone: (202) 599-0953 | Nashville, TN 37219 |
| Facsimile: (202) 609-8030 | Telephone: (615) 244-2202 |
| elizabeth@civilrightscorps.org | Facsimile: (615) 252-3798 |
| jonas@civilrightscorps.org | dgarrison@barrettjohnston.com |
| eric@civilrightscorps.org | stift@barrettjohnston.com |

| | |
|---|---|
| Matthew J. Piers (*pro hac vice*) | Kyle Mothershead, BPR 22953 |
| Chirag G. Badlani (*pro hac vice*) | 414 Union Street, Suite 900 |
| Kate E. Schwartz (*pro hac vice*) | Nashville, TN 37219 |
| HUGHES SOCOL PIERS RESNICK & DYM, LTD. | Telephone: (615) 982-8002 |
| | Facsimile: (615) 229-6387 |
| 70 W. Madison St., Suite 4000 | kyle@mothersheadlaw.com |
| Chicago, Illinois 60602 | |
| Telephone: (312) 580-0100 | *Attorneys for Plaintiffs and* |
| Facsimile: (312) 580-1994 | *Proposed Classes* |
| mpiers@hsplegal.com | |
| cbadlani@hsplegal.com | |
| kschwartz@hsplegal.com | |

# CERTIFICATE OF SERVICE

I certify that on June 17, 2019, I electronically filed the foregoing Motion to Withdraw as Counsel using the CM-ECF System, which caused notice to be sent to all counsel of record who are registered with the CM/ECF system, including the following Counsel for Defendants:

Daniel H. Rader, IV
Moore, Rader, Clift & Fitzpatrick, P.C.
P O Box 3347
Cookeville, TN 38502
(931) 526-3311
Fax: (931) 526-3092
Email: danny@moorerader.com

Brandt M. McMillan
Tune, Entrekin & White, P.C.
315 Deaderick Street
Suite 1700
Nashville, TN 37238
(615) 244-2770
Email: bmcmillan@tewlawfirm.com

Timothy N. O'Connor
Tune, Entrekin, & White, P.C.
315 Deaderick St., Ste. 1700
Nashville, TN 37238-1700
p: (615) 244-2770
Email: toconnor@tewlawfirm.com

Robyn Beale Williams
Farrar & Bates
211 Seventh Avenue, North
Suite 500
Nashville, TN 37219
(615) 254-3060
Fax: (615) 254-9835
Email: robyn.williams@farrar-bates.com

Cassandra M. Crane
Farrar & Bates
211 Seventh Avenue, North
Suite 500
Nashville, TN 37219
615-254-3060
Fax: 615-254-9835
Email: casey.crane@farrar-bates.com

John Christopher Williams
Williams Law and Mediation Group
101 S 1st Street
Pulaski, TN 38478
(931) 363-6500
Fax: (931) 363-8904
Email: cwilliams@newsouthlaw.com

/s/ Jonas Wang