# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## COLUMBIA DIVISION

| | |
|---|---|
| KAREN MCNEIL, et al., <br> On behalf of themselves and all others similarly situated, <br><br>         Plaintiffs, <br><br> v. <br><br> COMMUNITY PROBATION SERVICES, LLC, et al., <br><br>         Defendants. | Case No.  1:18-cv-00033 |

## MOTION FOR ADMISSION *PRO HAC VICE*

The undersigned counsel for Plaintiffs, Laura Gaztambide Arandes, hereby moves for admission to appear *pro hac vice* in this action. I hereby certify that I am a member in good standing of the United States District Court for the District of Columbia. Attached is a Certificate of Good Standing from that court. I also declare under penalty of perjury that I am not, nor have ever been, the subject of disciplinary or criminal proceedings.

/s/ *Laura Gaztambide Arandes*

Laura Gaztambide Arandes (DC Bar
#1029495)
Civil Rights Corps
910 17th Street NW, Suite 200
Washington, DC 20006
202-844-4975
arandes@civilrightscorps.org

/s/ *Elizabeth Rossi*

Elizabeth Rossi* (*pro hac vice*)
Civil Rights Corps
910 17th St NW, Suite 200
Washington, DC 20006
202-599-0953
elizabeth@civilrightscorps.org

*Admitted solely to practice law in
Maryland; not admitted in the District of
Columbia. Practice is limited pursuant to
D.C. App. R. 49(c)(3).

## CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of July, 2019, a true and correct copy of the foregoing Motion of Laura Gaztambide Arandes for Admission Pro Hac Vice was served via the Court's CM/ECF system, which caused notice to be sent to all counsel of record who are registered with the CM/ECF system, including the following Counsel for Defendants:

Daniel H. Rader, IV
Moore, Rader, Clift & Fitzpatrick, P.C.
P O Box 3347
Cookeville, TN 38502
(931) 526-3311
Fax: (931) 526-3092
Email: danny@moorerader.com

Brandt M. McMillan
Tune, Entrekin & White, P.C.
315 Deaderick Street
Suite 1700
Nashville, TN 37238
(615) 244-2770
Email: bmcmillan@tewlawfirm.com

Timothy N. O'Connor
Tune, Entrekin, & White, P.C.
315 Deaderick St., Ste. 1700
Nashville, TN 37238-1700
p: (615) 244-2770
Email: toconnor@tewlawfirm.com

Robyn Beale Williams
Farrar & Bates
211 Seventh Avenue, North
Suite 500
Nashville, TN 37219
(615) 254-3060
Fax: (615) 254-9835
Email: robyn.williams@farrar-bates.com

Cassandra M. Crane
Farrar & Bates
211 Seventh Avenue, North
Suite 500
Nashville, TN 37219
615-254-3060
Fax: 615-254-9835
Email: casey.crane@farrar-bates.com

John Christopher Williams
Williams Law and Mediation Group
101 S 1st Street
Pulaski, TN 38478
(931) 363-6500
Fax: (931) 363-8904
Email: cwilliams@newsouthlaw.com

*s/ Elizabeth Rossi*
Elizabeth Rossi