**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**COLUMBIA DIVISION**

|                                        |     |                              |
| -------------------------------------- | --- | ---------------------------- |
| KAREN McNEIL                           | )   |                              |
|     Plaintiff(s)   | )   |                              |
|                                        | )   |                              |
| v.                                     | )   | Case No. 1:18-0033           |
|                                        | )   | Judge Campbell /Frensley     |
|                                        | )   |                              |
| COMMUNITY PROBATION SERVICES,          | )   |                              |
| LLC, et al.                            | )   |                              |
|     Defendant(s)   | )   |                              |

### O R D E R

At the request of the Plaintiffs, a telephone conference is set for **September 18, 2019, at 11:00 a.m.** regarding discovery issues.

The parties shall call **1-877-336-1831** at the appointed time, and when prompted for the access code, enter **7039387#** to participate in the Conference. If a party has difficulty connecting to the call or has been on hold for more than five (5) minutes, please contact chambers at 615-736-7344. If Judge Frensley is in court on a criminal matter, the conference may be cancelled. The parties will be notified by email if that is the case.

IT IS SO ORDERED.

JEFFERY S. FRENSLEY
United States Magistrate Judge