UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| KAREN MCNEIL, ET AL., ) | |
| Plaintiff, ) | |
| v. ) | No. 1:18-cv-00033 |
| ) | |
| COMMUNITY PROBATION ) | |
| SERVICES, LLC, et al., ) | JUDGE CAMPBELL |
| Defendants. ) | MAGISTRATE JUDGE FRENSLEY |

## MOTION TO ALLOW SUBSTITUTION OF COUNSEL

Defendant Giles County, Tennessee, as evidenced by the signatures of defense counsel for County below, hereby move that J. Christopher Williams of the Williams Law and Mediation Group be allowed to withdraw as counsel of record and Lucy D. Henson, of Lucy D. Henson, PLLC, 118 South Second Street, P.O. Box 333, Pulaski, Tennessee, 38478 shall be allowed to continue as counsel for Giles County, Tennessee. The parties submit that the withdrawal of counsel is not sought to delay this litigation, nor should it cause any prejudice to the other parties in this matter.

Accordingly, Defendant respectfully requests leave of the Court be granted so that Lucy D. Henson of Lucy D. Henson, PLLC, be entered as counsel of record for Giles County, Tennessee.

Respectfully Submitted,

*s/ J. Christopher Williams*
J. Christopher Williams, BPR #021081
WILLIAMS LAW & MEDIATION GROUP
120 N. Second Street
Pulaski, Tennessee 38478
Phone: (931) 363-6500
Fax: (31) 363-8904
cwilliams@newsouthlaw.com

1

*s/ Lucy D. Henson*
Lucy D. Henson, #021286
LUCY D. HENSON, PLLC
118 S. Second Street
P.O. Box 333
Pulaski, TN 38478
Phone: (931) 424-8713
Fax: (931) 424-8715
henson@midsouthlaw.com

**CERTIFICATE OF SERVICE**

I certify that on December 12, 2019, I electronically filed the foregoing Motion to Allow Substitution of Counsel using the CM/ECF System, which caused notice to be sent to all counsel of record who are registered with the CM/ECF System, including the following:

| | |
|---|---|
| Kyle Mothershead<br>The Law Office of Kyle Mothershead<br>414 Union Street, Suite 900<br>Nashville, TN 37219<br>Phone: 615-982-8002<br>Fax: 615-229-6387<br>kyle@mothersheadlaw.com<br>*Counsel for Plaintiffs and Proposed Classes* | Elizabeth Rossi (pro hac vice)<br>Eric Halperin (pro hac vice)<br>Laura Arandes (pro hac vice)<br>Alexandria Twinem (pro hac vice)<br>CIVIL RIGHTS CORPS<br>910 17th Street NW<br>Suite 500<br>Washington, DC 20006<br>Phone: 202-599-0953<br>Fax: 202-609-8030<br>elizabeth@civilrightscorps.org<br>eric@civilrightscorps.org<br>arandes@civilrightscorps.org<br>alexandria@civilrightscorps.org<br>*Counsel for Plaintiffs and Proposed Classes* |
| Matthew J. Piers<br>Chirag G. Badlani<br>Kate E. Schwartz<br>Hughes, Socol, Piers, Resnick & Dym, Ltd.<br>70 W. Madison Street, Suite 4000<br>Chicago, IL 60602<br>mpiers@hsplegal.com<br>cbadlani@hsplegal.com<br>kschwartz@hsplegal.com<br>*Counsel for Plaintiffs and Proposed Classes* | Robyn Beale Williams, BPR #19736<br>Cassandra M. Crane, BPR # 034889<br>FARRAR & BATES, LLP<br>211 Seventh Avenue North, Suite 500<br>Nashville, Tennessee 37219<br>(615) 254-3060<br>(615) 254-9835 Fax<br>robyn.williams@farrar-bates.com<br>casey.crane@farrar-bates.com<br>*Counsel for Giles County and Sheriff Kyle Helton* |

2

Case 1:18-cv-00033   Document 346   Filed 12/12/19   Page 2 of 3 PageID #: 10959

J. Christopher Williams, BPR #021081
WILLIAMS LAW & MEDIATION GROUP
120 N. Second Street
Pulaski, Tennessee 38478
(931) 363-6500
cwilliams@newsouthlaw.com


Brandt M. McMillan
Timothy N. O'Connor
Tune, Entrekin & White, P.C.
315 Deaderick Street
Suite 1700
Nashville, TN 37238
Phone: 615-244-2770
Fax: 615-244-2778
bmcmillan@tewlawfirm.com
toconnor@tewlawfirm.com

Daniel H. Rader, IV
Andre S. Greppin
Moore, Rader, Clift & Fitzpatrick, P.C.
P O Box 3347
Cookeville, TN 38502
Phone: 931-526-3311
Fax: 931-526-3092
danny@moorerader.com
andre@moorerader.com

David W. Garrison
Scott P. Tift
Barrett Johnston Martin & Garrison, LLC
Bank of America Plaza
414 Union Street, Suite 900
Nashville, TN 37219
Phone: 615-244-2202
Fax: 615-252-3798
dgarrison@barrettjohnston.com
stift@barrettjohnston.com

*s/Lucy D. Henson*