UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | | |
|---|---|---|
| KAREN MCNEIL, ET AL., | ) | |
|     Plaintiff, | ) | |
| v. | ) | No. 1:18-cv-00033 |
| | ) | |
| COMMUNITY PROBATION | ) | |
| SERVICES, LLC, et al., | ) | JUDGE CAMPBELL |
|     Defendants. | ) | MAGISTRATE JUDGE FRENSLEY |

## MOTION TO ALLOW SUBSTITUTION OF COUNSEL

Defendant Giles County, Tennessee, as evidenced by the signatures of defense counsel for County below, hereby move that J. Christopher Williams of the Williams Law and Mediation Group be allowed to withdraw as counsel of record and Lucy D. Henson, of Lucy D. Henson, PLLC, 118 South Second Street, P.O. Box 333, Pulaski, Tennessee, 38478 shall be allowed to continue as counsel for Giles County, Tennessee. The parties submit that the withdrawal of counsel is not sought to delay this litigation, nor should it cause any prejudice to the other parties in this matter.

Accordingly, Defendant respectfully requests leave of the Court be granted so that Lucy D. Henson of Lucy D. Henson, PLLC, be entered as counsel of record for Giles County, Tennessee.

Respectfully Submitted,

*s/ J. Christopher Williams*
J. Christopher Williams, BPR #021081
WILLIAMS LAW & MEDIATION GROUP
120 N. Second Street
Pulaski, Tennessee 38478
Phone: (931) 363-6500
Fax: (31) 363-8904
cwilliams@newsouthlaw.com

1