IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| McNEIL, et al, ) | |
|     Plaintiff(s) ) | |
| ) | |
| v. ) | Case No. 1:18-cv-0033 |
| ) | Judge Campbell/Frensley |
| ) | |
| COMMUNITY PROBATION ) | |
| SERVICES, LLC, et al, ) | |
|     Defendant(s) ) | |

**O R D E R**

A telephone conference is set for **January 21, 2020, at 2:30 p.m.** to discuss pending discovery issues. The parties shall call **1-877-336-1831** at the appointed time, and when prompted for the access code, enter **7039387#** to participate in the Conference.

If there is any issue with connecting to the telephone conference, the party shall promptly call the office of the undersigned at 615-736-7344.

IT IS SO ORDERED.

_____
JEFFERY S. FRENSLEY
United States Magistrate Judge