## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

Deborah S. Hunt  
Clerk

100 EAST FIFTH STREET, ROOM 540  
POTTER STEWART U.S. COURTHOUSE  
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000  
www.ca6.uscourts.gov

Filed: May 04, 2020

Ms. Vicki Kinkade

Re: Case No. 19-5660, *Karen McNeil, et al v. Community Probation Services, et al*  
Originating Case No. : 1:18-cv-00033

Dear Clerk,

Enclosed is a copy of the mandate filed in this case.

Sincerely yours,

s/Maddison R Edelbrock  
For Patricia Elder

cc: Mr. Chirag Gopal Badlani  
    Mr. Ryan C. Downer  
    Mr. David W. Garrison  
    Mr. Andre Sean Greppin  
    Mr. Eric Ian Halperin  
    Mr. Matthew J. Piers  
    Mr. Daniel Rader IV  
    Ms. Elizabeth Rossi  
    Ms. Kate Ellen Schwartz  
    Mr. Scott P. Tift  
    Mr. Randall A. York

Enclosure

# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

_____

No: 19-5660

_____

Filed: May 04, 2020

KAREN MCNEIL; LESLEY JOHNSON; TANYA MITCHELL; INDYA HILFORT; LUCINDA BRANDON, On behalf of themselves and all others similarly situated

    Plaintiffs - Appellees

v.

COMMUNITY PROBATION SERVICES, LLC; PATRICIA MCNAIR, COMMUNITY PROBATION SERVICES L.L.C.; COMMUNITY PROBATION SERVICES

    Defendants - Appellants

and

PROGRESSIVE SENTENCING, INC.; PSI-PROBATION II, LLC; PSI-PROBATION, L.L.C.; TENNESSEE CORRECTIONAL SERVICES, LLC; TIMOTHY COOK; MARKEYTA BLEDSOE; HARRIET THOMPSON; GILES COUNTY, TENNESSEE; SHERIFF KYLE HELTON

    Defendants

## MANDATE

   Pursuant to the court's disposition that was filed 02/28/2020 the mandate for this case hereby issues today.

COSTS: None