UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE-COLUMBIA DIVISION

| | |
|---|---|
| KAREN MCNEIL, et al. ) | |
| ) | Case No.: 1:18-cv-00033 |
| Plaintiffs ) | |
| ) | JUDGE CAMPBELL/ |
| v. ) | JUDGE FRENSLEY |
| ) | |
| COMMUNITY PROBATION SERVICES, LLC, et al. ) | |
| ) | |
| Defendants ) | |

NOTICE REGARDING DISPOSITIVE MOTIONS RE: ORDER (DOC. 382)

Comes now the Defendant Community Probation Services, LLC, and Patricia McNair, pursuant to the Court's Order (Docket No. 382), and gives notice that these Defendants are unable to formally join in the PSI Motion for Summary Judgment, because the PSI Motion for Summary Judgment is based substantially entirely on the individual depositions of the PSI probationers and the facts specific to their own criminal history (See PSI's Undisputed Facts, Docket No. 302). As PSI's undisputed facts are entirely confined to those individuals and the detailed dates and history of their probation violations, PSI's motion simply does not address the undisputed facts concerning CPS. As a result, CPS would be unable to satisfy Rule 56's requirement of demonstrating that the facts are not in dispute as to its own probationers without submitting its own undisputed facts and filings, which the Court's Order does not permit.

The CPS defendants continue to contend that the material facts are not in dispute, as asserted in CPS's own prior motion and filings. (See Docket Nos. 245 - 251). These defendants do also fully agree with PSI that all of Plaintiff's claims fail as a matter of law for the reasons stated by PSI, and for the reasons stated in CPS's own prior memorandum (excluding qualified immunity on the § 1983 claims, which has of course been adjudicated). CPS and McNair do ask the Court to consider CPS's own memorandum previously filed with its own summary judgment

1

(Docket No. 251), which directly addresses the underlying legal principles involved in the PSI Motion, including the legal sufficiency of the due process claims, including where the probationers have only a "conditional liberty" interest which is "properly dependent on observance of special…restrictions." *Morrissey v. Brewer*, 408 U.S. 471, 480 (1972). (See Docket Entry No. 251, Part A, p. 2-6). Moreover, the private defendants did not cause any deprivation. See *Brinson v. Providence Community Corrections*, 2016 WL 9651775, at *8 (S.D. Ga. 2016) (citations omitted), vacated and remanded on jurisdictional grounds, 703 Fed. App'x. 874 (11th Cir. 2017), and aff'd, 2018 WL 4059379 (S.D. Ga. 2018). Further, Plaintiffs received all the process that was due. See *U.S. v. Espalin*, 350 F.3d 488, 496 (6th Cir. 2003) ("When the recommendation is based fairly on the facts and dispassionately traces its way through the law to a sensible conclusion, the requirement of neutrality has been met."); see also *Goldstein v. Del. Bur. of Adult Corr.*, 931 F.Supp. 284, 298 (D. Del. 1996) (report, recommendation, and testimony of Receiver, who had direct financial interest in the outcome of revocation proceeding, did not violate probationer's due process right to a neutral decision maker, because it "provided [judge] with the information that she needed to make an informed decision regarding Goldstein's compliance with the conditions of his probation"), aff'd, 127 F.3d 1095 (3d Cir. 1997).

Further, the Plaintiff's equal protection claims fails, particularly when the Court applies the proper rational basis review. (See Docket Entry No. 251, Part B, p. 6-11). And probationers remaining on supervised probation do not violate substantive due process or equal protection. (See Docket Entry No. 251, Part C, p. 11-14).

The CPS Defendants do fully support PSI's Motion for Summary Judgment with respect to all legal issues, including the RICO claims (See Docket Entry No. 251, Part VI, p. 21-25), and the state law claims (See Docket Entry No. 251, Part IX, p. 26-28).

Respectfully submitted,

MOORE, RADER,
FITZPATRICK AND YORK, P. C.


By /s/ Daniel H. Rader IV, BPR 025998
    DANIEL H. RADER IV
    Attorneys for Defendants,
    Community Probation Services,
    LLC; Community Probation
    Services, L.L.C.; Community
    Probation Services; and
    Patricia McNair, by special
    and limited appearance only,
    P. O. Box 3347
    Cookeville, TN  38502
    (931-526-3311)
    B.P.R.No. 025998


## CERTIFICATE OF SERVICE

The undersigned attorney herby certifies that on July 8, 2020, a true and exact copy of the foregoing pleading was filed electronically.  Notice of this filing was sent by operation of the Courts electronic filing system to all parties indicated on the electronic filing receipt.  All other parties will be served by regular U.S. mail.  Parties my access the filing through the Court's electronic filing system.

Mr. Chirag Badlani
Ms. Kate E. Schwartz
Mr. Matthew J. Piers
Hughes, Socol, Piers, Resnick & Dym Ltd.
70 W Madison Street
Suite 4000
Chicago, IL 60602

David W. Garrison
Scott P. Tift
BARRETT JOHNSTON MARTIN & GARRISON, LLC
Bank of America Plaza
414 Union Street, Suite 900 Nashville, TN 37219

3

Ms. Elizabeth Anne Rossi
Mr. Eric Halperin
Mr. Jonas Wang
Civil Rights Corps
910 17th Street NW
Suite 500
Washington, DC 20006

Mr. Kyle F. Mothershead
The Law office of Kyle Mothershead
414 Union Street
Suite 900
Nashville, TN 37219

Mr. Brandt M. McMillan
Tune, Entrekin & White, P.C.
315 Deadrick Street
Suite 1700
Nashville, TN 37238

Ms. Cassandra M. Crane
Ms. Robyn Beale Williams
Farrar & Bates
211 Seventh Avenue, North
Suite 500
Nashville, TN 37219

Mr. John Christopher Williams
Williams Law and Mediation Group
101 S 1st Street
Pulaski, TN 38478

Timothy N. O'Connor
Tune, Entrekin, & White, P.C.
315 Deaderick St., Ste. 1700
Nashville, TN 37238-1700
p: (615) 244-2770

Heather Ross
Office of the Attorney General
P.O. Box 20207
Nashville, Tennessee 37202-0207 (615) 532-2559

Joseph Ahillen
Office of the Attorney General
P.O. Box 20207
Nashville, Tennessee 37202-0207 (615) 532-2559

D. Andrew Saulters
330 Commerce St., Ste 110
Nashville, TN 37201
(615) 256-9999

    This the <u>8th</u> day of July, 2020.

                                    MOORE, RADER,
                                    FITZPATRICK AND YORK, P. C.


                                  By <u>/s/ Daniel H. Rader IV, BPR 025998</u>
                                      DANIEL H. RADER IV
                                      Attorneys for Defendants,
                                      Community Probation Services,
                                      LLC; Community Probation
                                      Services, L.L.C.; Community
                                      Probation Services; and
                                      Patricia McNair, by special
                                      and limited appearance only,
                                      P. O. Box 3347
                                      Cookeville, TN  38502
                                      (931-526-3311)
                                      B.P.R.No. 025998