UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE - COLUMBIA DIVISION

| | |
|---|---|
| KAREN MCNEIL, LESLEY JOHNSON, TANYA MITCHELL, INDYA HILFORT, and LUCINDA BRANDON, On behalf of themselves and all others similarly situated, <br><br> Plaintiffs <br><br> VERSUS <br><br> COMMUNITY PROBATION SERVICES, LLC; et al, <br><br> Defendants | CASE NO.: 1:18-cv-00033 <br><br> JUDGES CAMPBELL/FRENSLEY <br><br> JURY DEMAND |

## MOTION FOR THREE DAY EXTENSION OF TIME
## AND LEAVE FOR ADDITIONAL PAGES FOR REPLY

Come now the Defendants, Community Probation Services, LLC and Patricia McNair (and the other misnamed CPS Defendants) and move the Court to extend the deadline three days to August 7, 2020 for filing their replies to the Plaintiffs' 55+ page Response to these Defendants' 12(b)(6) Motion to Dismiss (Docket No. 387) and their 30+ page response to the 12(b)(1) Motion concerning mootness (Docket No. 389). In support of this Motion, these Defendants would state that these Defendants complied with the Court's ordinary page limits when filing their motion and supporting materials, but Plaintiffs obtained leave for a 55 page response to the 12(b)(6) motion and 30 page response to the 12(b)(1) motion, plus Plaintiffs incorporated significant sections by reference to yet another 55 page brief, for all of which these Defendants would ordinarily have only 5 days to reply. Counsel for these Defendants had depositions and a trial

1

during this short intervening period and requests a three-day extension through and including Friday, August 7, 2020 to file their replies.

In addition, these Defendants request leave to file additional pages, up to 20 pages in reply to the Plaintiffs' 55+ page response to the 12(b)(6) motion, and up to 10 pages to reply to the Plaintiffs' 30 page response to the 12(b)(1) motion. Plaintiffs have raised new arguments concerning waiver that were not addressed at all in the original motions, and Defendants need the additional pages to adequately respond to these arguments and reply to Plaintiffs' arguments concerning the substance of the case. Even combined with the original memoranda, these Defendants' total page count will be far fewer than Plaintiffs' responses.

The Court is obviously well aware that this is a very complicated case with numerous legal claims and these motions have important implications for the scope of this entire matter and the effect of the Court's rulings.

Because these Defendants have tried to file this motion well in advance of the deadline, consistent with these Defendants' understanding of the Court's local rules and preferences, these Defendants have not had an opportunity to ask Plaintiff's consent for this motion. But this very brief three day extension and additional page limitation will not prejudice Plaintiffs.

Respectfully submitted,

MOORE, RADER,
FITZPATRICK AND YORK, P. C.

By <u>/s/ Daniel H. Rader IV, BPR 025998</u>
    DANIEL H. RADER IV
    ANDRÉ S. GREPPIN
    Attorneys for Defendants,
    Community Probation Services,
    LLC; and Patricia McNair
    P. O. Box 3347
    Cookeville, TN  38502
    (931-526-3311)
    B.P.R.No. 025998
    B.P.R.No. 036706

CERTIFICATE OF SERVICE

The undersigned attorney herby certifies that on August 2, 2020, a true and exact copy of the foregoing pleading was filed electronically. Notice of this filing was sent by operation of the Courts electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties my access the filing through the Court's electronic filing system.

Mr. Chirag G. Badlani
Ms. Kate E. Schwartz
Mr. Matthew J. Piers
Hughes, Socol, Piers, Resnick & Dym Ltd.
70 W Madison Street
Suite 4000
Chicago, IL 60602

Ms. Elizabeth Anne Rossi
Mr. Eric Halperin
Mr. Jonas Wang
Civil Rights Corps
910 17th Street NW
Suite 500
Washington, DC 20006

Mr. Kyle F. Mothershead
The Law office of Kyle Mothershead
414 Union Street
Suite 900
Nashville, TN 37219

Mr. David W. Garrison
Mr. Scott P. Tift
Barrett, Johnson, Martin & Garrison, LLC
Bank of America Plaza
414 Union Street
Suite 900
Nashville, TN 37219

Mr. Brandt M. McMillan
Tune, Entrekin & White, P.C.
315 Deaderick Street
Suite 1700
Nashville, TN 37238

Ms. Cassandra M. Crane
Ms. Robyn Beale Williams
Farrar & Bates
211 Seventh Avenue, North
Suite 500
Nashville, TN 37219

Mr. John Christopher Williams
Williams Law and Mediation Group
101 S 1st Street
Pulaski, TN 38478

with sufficient postage thereupon to carry same to its destinations.

    This the <u>2nd</u> day of August, 2020.

                      MOORE, RADER,
                      FITZPATRICK AND YORK, P. C.

                      By <u>/s/ Daniel H. Rader IV BPR 025998</u>
                          DANIEL H. RADER IV
                          ANDRÉ S. GREPPIN
                          Attorneys for Defendants,
                          Community Probation Services,
                          LLC; and Patricia McNair
                          P. O. Box 3347
                          Cookeville, TN  38502
                          (931-526-3311)
                          B.P.R.No. 025998
                          B.P.R.No. 036706