IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| Karen McNeil, et al., | |
| v. | Case No. 1:18-cv-33 |
| Community Probation Services, LLC, et al., | |

## Suggestion of Death Upon the Record

Pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, defendants Progressive Sentencing, Inc., PSI-Probation II, LLC, PSI-Probation, L.L.C., Tennessee Correctional Services, LLC, Timothy Cook, Markeyta Bledsoe, and Harriet Thompson (the "PSI Defendants") suggest upon the record the death of plaintiff Tanya Mitchell during the pendency of this action.

Respectfully Submitted,

/s/ Brandt M. McMillan
Brandt M. McMillan (BPR No. 025565)
Timothy N. O'Connor (BPR No.035276)
Tune, Entrekin, & White, P.C.
315 Deaderick St., Ste. 1700
Nashville, TN  37238-1700
p: (615) 244-2770 | f: (615) 244-2778
bmcmillan@tewlawfirm.com

### Certificate of Service

The undersigned served this document via CM/ECF on:

| | |
|---|---|
| Chirag Badlani<br>Hughes, Socol, Piers, Resnick & Dym, Ltd.<br>70 W. Madison Street, Suite 4000<br>Chicago, IL 60602<br>(312) 580-0100<br>Fax: (312) 580-1994<br>cbadlani@hsplegal.com | Kate E. Schwartz<br>Hughes, Socol, Piers, Resnick & Dym, Ltd.<br>70 W Madison Street, Suite 4000<br>Chicago, IL 60602<br>(312) 580-0100<br>Fax: (312) 580-1994<br>kschwartz@hsplegal.com |
| Elizabeth Anne Rossi<br>Civil Rights Corps<br>910 17th Street NW, Suite 500 | Kyle F. Mothershead<br>The Law Office of Kyle Mothershead<br>414 Union Street, Suite 900 |

Washington, DC 20006
(202) 599-0953
Fax: (202) 609-8030
elizabeth@civilrightscorps.org

Eric Halperin
Civil Rights Corps
910 17th Street NW, Suite 500
Washington, DC 20006
(202) 599-0953
Fax: (202) 609-8030
eric@civilrightscorps.org

Jonas Wang
Civil Rights Corps
910 17th Street NW, Suite 500
Washington, DC 20006
(202) 599-0953
Fax: (202) 609-8030
jonas@civilrightscorps.org


Scott P. Tift
Barrett Johnston Martin & Garrison, LLC
Bank of America Plaza
414 Union Street
Suite 900
Nashville, TN 37219
(615) 244-2202
Fax: (615) 252-3798
stift@barrettjohnston.com


Robyn Beale Williams
Cassandra M. Crane
Farrar & Bates
211 Seventh Avenue, North
Suite 500
Nashville, TN 37219
(615) 254-3060
Fax: (615) 254-9835
robyn.williams@farrar-bates.com
casey.crane@farrar-bates.com

Nashville, TN 37219
(615) 982-8002
kyle@mothersheadlaw.com

Matthew J. Piers
Hughes, Socol, Piers, Resnick & Dym, Ltd.
70 W Madison Street, Suite 4000
Chicago, IL 60602
(312) 580-0100
Fax: (312) 580-1994
mpiers@hsplegal.com

David W. Garrison
Barrett Johnston Martin & Garrison, LLC
Bank of America Plaza
414 Union Street
Suite 900
Nashville, TN 37219
(615) 244-2202
Fax: (615) 252-3798
dgarrison@barrettjohnston.com

Daniel H. Rader , IV
Moore, Rader, Clift & Fitzpatrick, P.C.
P O Box 3347
Cookeville, TN 38502
(931) 526-3311
Fax: (931) 526-3092
danny@moorerader.com


John Christopher Williams
Williams Law and Mediation Group
101 S 1st Street
Pulaski, TN 38478
(931) 363-6500
Fax: (931) 363-8904
cwilliams@newsouthlaw.com

    /s/ Brandt M. McMillan
    Brandt M. McMillan