# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE – COLUMBIA DIVISION

| | |
|---|---|
| **KAREN MCNEIL, LESLEY JOHNSON, TANYA MITCHELL, INDYA HILFORT, and SONYA BEARD,** On behalf of themselves and all others similarly situated, | Case No.: 1:18-cv-33 <br><br> **JURY DEMAND** |
| Plaintiffs, | **CAMPBELL/FRENSLEY** |
| v. | |
| **COMMUNITY PROBATION SERVICES, LLC,** *et al.*, | |
| Defendants. | |

## NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that the undersigned counsel, Cassandra M. Crane, for Defendants Giles County and Sheriff Kyle Helton, in the above-captioned matter, hereby files this Notice of Change of Address, and respectfully requests the Court, all counsel of record, and parties in interest to take notice of the address change effective **December 21, 2020**:

> **FARRAR & BATES, LLP**
> 12 Cadillac Drive, Suite 480
> Brentwood, TN 37027
> Phone: (615) 254-3060
> Fax: (615) 254-9835

All future correspondence and notices should be directed to the above-specified address.

Respectfully submitted,

*/s/ Cassandra M. Crane*
Robyn Beale Williams, BPR #19736
Cassandra M. Crane, BPR # 034889
**FARRAR & BATES, LLP**
211 Seventh Avenue North, Suite 500
Nashville, TN 37219
Phone: (615) 254-3060
Fax: (615) 254-9835
robyn.williams@farrar-bates.com
casey.crane@farrar-bates.com
*Counsel for Giles County and Sheriff Kyle Helton*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 17th day of December, 2021, a true and correct copy of foregoing was sent via the Court's CM/ECF system to:

| | |
|---|---|
| Kyle Mothershead<br>The Law Office of Kyle Mothershead<br>414 Union Street, Suite 900<br>Nashville, TN 37219<br>Phone: 615-982-8002<br>Fax: 615-229-6387<br>kyle@mothersheadlaw.com<br>*Counsel for Plaintiffs and Proposed Classes* | Elizabeth Rossi (pro hac vice)<br>Eric Halperin (pro hac vice)<br>Laura Arandes (pro hac vice)<br>Alexandria Twinem (pro hac vice)<br>CIVIL RIGHTS CORPS<br>910 17th Street NW<br>Suite 500<br>Washington, DC 20006<br>Phone: 202-599-0953<br>Fax: 202-609-8030<br>elizabeth@civilrightscorps.org<br>eric@civilrightscorps.org<br>arandes@civilrightscorps.org<br>alexandria@civilrightscorps.org<br>*Counsel for Plaintiffs and Proposed Classes* |
| Matthew J. Piers<br>Chirag G. Badlani<br>Kate E. Schwartz<br>Hughes, Socol, Piers, Resnick & Dym, Ltd.<br>70 W. Madison Street, Suite 4000<br>Chicago, IL 60602<br>mpiers@hsplegal.com<br>cbadlani@hsplegal.com<br>kschwartz@hsplegal.com<br>*Counsel for Plaintiffs and Proposed Classes* | Lucy D. Henson, PLLC<br>118 South Second Street<br>P.O. Box 333<br>Pulaski, Tennessee 38478<br>Phone: 931-424-8713<br>Fax: 931-424-8715<br>henson@midsouthlaw.com<br>*Counsel for Giles County* |

| | |
|---|---|
| Samuel J. Blanton<br>Brandt M. McMillan<br>Timothy N. O'Connor<br>Tune, Entrekin & White, P.C.<br>315 Deaderick Street<br>Suite 1700<br>Nashville, TN 37238<br>Phone: 615-244-2770<br>Fax: 615-244-2778<br>sjblanton@tewlawfirm.com<br>bmcmillan@tewlawfirm.com<br>toconnor@tewlawfirm.com | David W. Garrison<br>Scott P. Tift<br>Barrett Johnston Martin & Garrison, LLC<br>Bank of America Plaza<br>414 Union Street, Suite 900<br>Nashville, TN 37219<br>Phone: 615-244-2202<br>Fax: 615-252-3798<br>dgarrison@barrettjohnston.com<br>stift@barrettjohnston.com |
| Daniel H. Rader, IV<br>Andre S. Greppin<br>Moore, Rader, Clift & Fitzpatrick, P.C.<br>P O Box 3347<br>Cookeville, TN 38502<br>Phone: 931-526-3311<br>Fax: 931-526-3092<br>danny@moorerader.com<br>andre@moorerader.com | |

                                                                     */s/ Cassandra M. Crane*
                                                                     Cassandra M. Crane