IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| Karen McNeil, et al., | |
| v. | Case No. 1:18-cv-33 |
| Community Probation Services, LLC, et al., | |

**PSI Defendants' Response in Opposition to Plaintiffs' Motion for Extension of Time to File a Motion to Substitute**

The PSI Defendants oppose the plaintiffs' Motion for Extension of Time to File a Motion to Substitute (Doc. No. 408) as follows:

Under ordinary circumstances, these defendants would not oppose such a motion for extension of time, but these are not ordinary circumstances. The plaintiffs' instant motion and the anticipated motion to substitute are brought in bad faith because the plaintiffs are well aware that they cannot recover through any of her six federal claims—*no matter how the court rules on the PSI's motion for summary judgment*.

Rather than adding to these bloated pleadings with lengthy explanation, these defendants beg the court's indulgence by presenting the information confirming all six of Ms. Mitchell's federal claims are not actionable in the concise table format submitted herewith as <u>Exhibit 1</u>.

The Court should deny the motion for extension of time because there is no purpose in substituting anyone so that plaintiffs' can continue knowingly prosecuting facially invalid claims.[1]

---

[1] By continuing to pursue her baseless claims even after Ms. Mitchell's death, the plaintiffs continue to unreasonably multiplying these proceedings in a vexatious manner and unnecessarily increasing defendants' costs—and wasting this Court's time. As they have directly informed plaintiffs' counsel multiple times, defendants will file a motion to sanction plaintiffs' counsel under 28 U.S.C. § 1927 when appropriate.

At the Court's direction, these defendants will file an additional dispositive motion setting out the grounds presented in <u>Exhibit 1</u>, but these defendants are very reluctant to file any additional motions given the Court's June 23, 2020 Order prohibiting these defendants from filing any additional dispositive motions if they did not withdraw their motion for summary judgment. (Doc. No. 382, Order, p. 4).

Respectfully Submitted,

/s/ Brandt M. McMillan
Brandt M. McMillan (BPR No. 025565)
Timothy N. O'Connor (BPR No.035276)
Tune, Entrekin, & White, P.C.
315 Deaderick St., Ste. 1700
Nashville, TN 37238-1700
p: (615) 244-2770 | f: (615) 244-2778
bmcmillan@tewlawfirm.com

**Certificate of Service**

The undersigned served this document via CM/ECF on:

Chirag Badlani
Hughes, Socol, Piers, Resnick & Dym, Ltd.
70 W. Madison Street, Suite 4000
Chicago, IL 60602
(312) 580-0100
Fax: (312) 580-1994
cbadlani@hsplegal.com

Kate E. Schwartz
Hughes, Socol, Piers, Resnick & Dym, Ltd.
70 W Madison Street, Suite 4000
Chicago, IL 60602
(312) 580-0100
Fax: (312) 580-1994
kschwartz@hsplegal.com

Elizabeth Anne Rossi
Civil Rights Corps
910 17th Street NW, Suite 500
Washington, DC 20006
(202) 599-0953
Fax: (202) 609-8030
elizabeth@civilrightscorps.org

Kyle F. Mothershead
The Law Office of Kyle Mothershead
414 Union Street, Suite 900
Nashville, TN 37219
(615) 982-8002
kyle@mothersheadlaw.com

Eric Halperin  
Civil Rights Corps  
910 17th Street NW, Suite 500  
Washington, DC 20006  
(202) 599-0953  
Fax: (202) 609-8030  
eric@civilrightscorps.org  

Jonas Wang  
Civil Rights Corps  
910 17th Street NW, Suite 500  
Washington, DC 20006  
(202) 599-0953  
Fax: (202) 609-8030  
jonas@civilrightscorps.org  

Scott P. Tift  
Barrett Johnston Martin & Garrison, LLC  
Bank of America Plaza  
414 Union Street  
Suite 900  
Nashville, TN 37219  
(615) 244-2202  
Fax: (615) 252-3798  
stift@barrettjohnston.com  

Robyn Beale Williams  
Cassandra M. Crane  
Farrar & Bates  
211 Seventh Avenue, North  
Suite 500  
Nashville, TN 37219  
(615) 254-3060  
Fax: (615) 254-9835  
robyn.williams@farrar-bates.com  
casey.crane@farrar-bates.com  

Matthew J. Piers  
Hughes, Socol, Piers, Resnick & Dym, Ltd.  
70 W Madison Street, Suite 4000  
Chicago, IL 60602  
(312) 580-0100  
Fax: (312) 580-1994  
mpiers@hsplegal.com  

David W. Garrison  
Barrett Johnston Martin & Garrison, LLC  
Bank of America Plaza  
414 Union Street  
Suite 900  
Nashville, TN 37219  
(615) 244-2202  
Fax: (615) 252-3798  
dgarrison@barrettjohnston.com  

Daniel H. Rader , IV  
Moore, Rader, Clift & Fitzpatrick, P.C.  
P O Box 3347  
Cookeville, TN 38502  
(931) 526-3311  
Fax: (931) 526-3092  
danny@moorerader.com  

John Christopher Williams  
Williams Law and Mediation Group  
101 S 1st Street  
Pulaski, TN 38478  
(931) 363-6500  
Fax: (931) 363-8904  
cwilliams@newsouthlaw.com  

      /s/ Brandt M. McMillan  
      Brandt M. McMillan