IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| KAREN MCNEIL, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> COMMUNITY PROBATION SERVICES, LLC; *et al.*, <br><br> Defendants. | Case No. 1:18-cv-00033 |

## MOTION FOR ADMISSION *PRO HAC VICE*

The undersigned counsel for Plaintiffs, Sumayya Saleh, hereby moves for admission to appear *pro hac vice* in this action. I hereby certify that I am a member in good standing in the United States Eleventh Circuit Court of Appeals. Attached is a certificate of good standing from that court. I also declare under penalty of perjury that I am not, nor have I ever been, the subject of disciplinary or criminal proceedings, nor have I been found in contempt or sanctioned under 28 U.S.C. § 1927 by any court.

Dated: March 2, 2021

 /s/ Sumayya Saleh 
Sumayya Saleh (Fla. Bar No. 0119372)
Civil Rights Corps
1601 Connecticut Ave. NW, Suite 800
Washington, DC 20009
(202) 932-1278
sumayya@civilrightscorps.org

Respectfully Submitted,

 /s Laura Gaztambide Arandes 
Laura Gaztambide Arandes (*pro hac vice*)
Civil Rights Corps
1601 Connecticut Ave. NW, Suite 800
Washington, DC 20009
(202) 894-6134
laura@civilrightscorps.org

*Attorneys for Plaintiffs and Proposed Classes*

1

**CERTIFICATE OF SERVICE**

I certify that on March 2, 2021, I electronically filed the foregoing Motion for Admission *Pro Hac Vice* using the CM-ECF System, which caused notice to be sent to via email to the following counsel of record:

| | |
|---|---|
| Daniel H. Rader, IV<br>Andre S. Greppin<br>Moore, Rader, Clift & Fitzpatrick, P.C.<br>P.O. Box 3347<br>Cookeville, TN 38502<br>(931) 526-3311<br>danny@moorerader.com<br>andre@moorerader.com<br><br>*Counsel for CPS Defendants* | Robyn Beale Williams<br>Cassandra M. Crane<br>Farrar & Bates<br>211 Seventh Ave. North, Suite 500<br>Nashville, TN 37219<br>(615) 254-3060<br>robyn.williams@farrar-bates.com<br>casey.crane@farrar-bates.com<br><br>*Counsel for County Defendant* |
| Brandt M. McMillan<br>Timothy N. O'Connor<br>Tune, Entrekin & White, P.C.<br>315 Deaderick St., Suite 1700<br>Nashville, TN 37238<br>(615) 244-2770<br>bmcmillan@tewlawfirm.com<br>toconnor@tewlawfirm.com<br><br>*Counsel for PSI Defendants* | Lucy D. Henson<br>Lucy D. Henson, PLLC<br>118 South Second St.<br>P.O. Box 333<br>Pulaski, TN 38478<br>(931) 424-8713<br>henson@midsouthlaw.com<br><br>*Counsel for County Defendant*<br><br><br>*/s Laura Gaztambide Arandes* |