IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | | |
|---|---|---|
| KAREN MCNEILL, ET AL | ) | |
|     Plaintiffs, | ) | Case No. 1:18-cv-00033 |
| | ) | Judge Campbell/ Frensley |
| v. | ) | Jury Demand |
| | ) | |
| COMMUNITY PROBATION | ) | |
| SERVICES LLC. ET AL. | ) | |
|     Defendants. | ) | |

## ORDER

Pending before the Court is a Motion for Discovery (Docket No. 404) filed by the Plaintiffs in this matter and a Motion to Substitute Party (Docket No. 410). During the pendency of these motions the Court entered an Order GRANTING in part, and DENYING in part, the PSI Defendants' Renewed Motion For Summary Judgment (Docket No. 363). Docket No. 417.

By March 12, 2021, the Parties shall file supplemental pleadings indicating what, if any impact the Court's Order on the Renewed Motion for Summary Judgment has upon the two pending motions to substitute party and for discovery.

IT IS SO ORDERED.

                                                                    JEFFERY S. FRENSLEY
                                                                     U. S. Magistrate Judge