# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# COLUMBIA DIVISION

| | |
|---|---|
| KAREN MCNEIL, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | NO. 1:18-cv-00033 |
| ) | |
| COMMUNITY PROBATION ) | JUDGE CAMPBELL |
| SERVICES, LLC, et al., ) | MAGISTRATE JUDGE FRENSLEY |
| ) | |
| Defendants. ) | |

## ORDER

Pending before the Court are Plaintiffs' Motion to Vacate Trial Order, Lift Stay of Discovery, and Enter Scheduling Order (Doc. No. 424), and a Response (Doc. No. 427), filed by the CPS Defendants. Through the Motion, Plaintiffs request the Court vacate the current trial date, March 23, 2021; lift the current stay of discovery; and enter a new scheduling order setting deadlines for the parties to complete discovery, brief class certification, and proceed to trial.

The Court recently issued rulings on the defendants' dispositive motions (Doc. Nos. 414-417). As a result, the stay of discovery (Doc. No. 382) should be lifted, and new deadlines should be set for the progression of the case. Given that discovery has not been completed, and the class certification issue is not yet ripe for consideration, this case is not ready to be tried on March 23, 2021. Accordingly, Plaintiffs' Motion (Doc. No. 424) is **GRANTED.** The stay on discovery is lifted, and the Magistrate Judge is directed to set new deadlines for the progression of the case, including briefing on the class certification issue. The trial, set for March 23, 2021, and the pretrial conference, set for March 12, 2021, are **CONTINUED**, to be set by subsequent order. As part of

the scheduling order, the Magistrate Judge is directed to provide the Court with a new target trial date.

In light of this Order, Plaintiffs' Motion to Order PSI to Produce Limited Discovery in Light of Named Plaintiff Tanya Mitchell's Death (Doc. No. 404), and PSI Defendants' Motion in Limine (Doc. No. 421) are **MOOT.**

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE