IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| KAREN MCNEIL, ET AL </br>     Plaintiffs, </br> </br> v. </br> </br> COMMUNITY PROBATION </br> SERVICES LLC. ET AL. </br>     Defendants. | Case No. 1:18-cv-00033 </br> Judge Campbell/ Frensley </br> Jury Demand |

## AMENDED CASE MANAGEMENT ORDER

Following a ruling on the dispositive motions, the Court held a status conference with the Parties to discuss the entry of scheduling order in this matter. In advance of the conference, the Plaintiffs, County Defendants and CPS Defendants filed a proposed case management order. Docket No. 434. Based upon the arguments of counsel, the Court enters the following case management order in this matter.

    A.    DISCOVERY: The Parties shall complete all fact discovery by **September 30, 2021.** By **May 7, 2021**, the Parties shall file a joint report updating the Court on the status of discovery.

    B.    CASE RESOLUTION PLAN AND JOINT STATUS REPORTS: By **October 14, 2021**, the Parties shall submit a joint report confirming that the parties made a good faith attempt to resolve the case. The joint report shall also state whether the parties believe ADR might assist in resolution of the case.

    C.    DISCLOSURE AND DEPOSITIONS OF EXPERTS: The plaintiff shall identify and disclose all expert witnesses and expert reports on or before **October 15, 2021**. The defendant shall identify and disclose all expert witnesses and reports on or before **November 15, 2021**. Rebuttal experts shall be permitted only by leave of court. Unless otherwise provided for in a separate pretrial order, supplemental expert disclosures, which specifically include, but are not limited to, any

supplemental information to expert reports, must be made in accordance with Rule 26(a) and (e). Supplemental expert opinions or other expert disclosures not timely disclosed may be excluded at trial. *See* Local Rule 39.01(c)(5.C). Expert depositions shall be completed by **December 17, 2021.**

      D.    CLASS CERTIFICATION BRIEFING: Plaintiff shall file any motions for class certification on or before **June 30, 2021**. Defendants shall file any response to Plaintiffs' class certification motion on or before **July 30, 2021**. Plaintiffs may file any reply brief on or before **August 13, 2021**.

      D.    DISPOSITIVE MOTIONS: As provided above, the parties must attempt to resolve the case prior to the filing of dispositive motions. Dispositive motions shall be filed by no later than **January 7, 2022.** Responses to dispositive motions shall be filed within 28 days after the filing of the motion. Briefs or memoranda of law in support of or in opposition to a dispositive motion shall not exceed 25 pages. Optional replies may be filed within 14 days after the filing of the response and shall not exceed 5 pages. No motion for partial summary judgment shall be filed except by permission of the Court. Any party wishing to file such a motion shall first file a separate motion that gives the justification for filing a partial summary judgment motion in terms of overall economy of time and expense for the parties, counsel, and the Court.

      E.    SUBSEQUENT CASE MANAGEMENT CONFERENCE. A subsequent case management conference shall be held telephonically on **June 8, 2021 at 8:30am**, to address: status of discovery (including any known or anticipated discovery issues or disputes); prospect for settlement (including propriety of ADR); and, any other appropriate matters. The Parties shall call 1-877-336-1831 at the appointed time, and when prompted for the access code, enter 7039387# to participate in the Conference. If a party has difficulty connecting to the call or has been on hold for more than five (5) minutes, please contact chambers at 615-736-7344.

      F.    ESTIMATED TRIAL TIME AND TARGET TRIAL DATE: The JURY trial of this

action is expected to last approximately 10 days. A trial date no earlier than **August 9, 2022 i**s respectfully requested.

      **IT IS SO ORDERED.**

_____
**JEFFERY S. FRENSLEY**
**United States Magistrate Judge**