IN THE
UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| KAREN MCNEIL, *et al.*,<br><br>    Plaintiffs,<br><br> v.<br>COMMUNITY PROBATION SERVICES, LLC; *et al.*,<br><br>    Defendants. | Case No. 1:18-cv-00033<br>Judge Campbell/Magistrate Judge Frensley<br><br>JURY DEMAND |

## JOINT STATUS REPORT

Pursuant to this Court's Amended Case Management Order (Dkt. No. 436), the Parties hereby submit this joint status report updating the Court on the status of discovery.

On May 7, 2021, Defendant Giles County voted to approve a settlement agreement and consent decree resolving all claims against the County and Sheriff. Plaintiffs anticipate filing a motion for preliminary approval of the settlement agreement and a motion to stay discovery while that motion is pending. Plaintiffs anticipate that entry of the consent decree by Judge Campbell would resolve all claims against all Defendants.

The PSI defendants have requested that the following text be included in the status report: The PSI defendants played no role in any settlement discussions and have offered nothing to settle the case. The PSI defendants do not approve or consent to anything stated in any consent decree negotiated by the County and the plaintiffs. To be perfectly clear, the PSI defendants *do not consent* to any proposed consent decree. The PSI defendants have agreed to nothing. The PSI defendants admit nothing.

1

Dated:  May 7, 2021                                    Respectfully Submitted,

/s/ David W. Garrison
Elizabeth Rossi (*pro hac vice*)
Laura Gaztambide Arandes (*pro hac vice*)    Matthew J. Piers (*pro hac vice*)
Eric Halperin (*pro hac vice*)               Chirag G. Badlani (*pro hac vice*)
Alexandria Twinem (*pro hac vice*)           Kate E. Schwartz (*pro hac vice*)
CIVIL RIGHTS CORPS                           HUGHES, SOCOL, PIERS, RESNICK &
1601 Connecticut Ave. NW, Suite 800          DYM, LTD.
Washington, DC 20009                         70 W. Madison St., Suite 4000
 (202) 844-4975                              Chicago, IL 60602
elizabeth@civilrightscorps.org                (312) 580-0100
laura@civilrightscorps.org                   mpiers@hsplegal.com
eric@civilrightscorps.org                    cbadlani@hsplegal.com
alexandria@civilrightscorps.org              kschwartz@hsplegal.com

David W. Garrison, BPR 24968                 Kyle Mothershead, BPR 22953
Scott P. Tift, BPR 27592                     The Law Office of Kyle Mothershead
BARRETT JOHNSTON MARTIN &                    414 Union St., Suite 900
GARRISON, LLC                                Nashville, TN 37219
Philips Plaza                                (615) 982-8002
414 Union St., Suite 900                     kyle@mothersheadlaw.com
Nashville, TN 37219
(615) 244-2202
dgarrison@barrettjohnston.com
stift@barrettjohnston.com

*Attorneys for Plaintiffs*

/s/ Cassandra M. Crane
Cassandra M. Crane
Robyn Beale Williams
Farrar & Bates
211 Seventh Avenue, North
Suite 500
Nashville, TN 37219
(615) 254-3060
casey.crane@farrar-bates.com
robyn.williams@farrar-bates.com

Lucy D. Henson
Lucy D. Henson, PLLC
118 South Second St.
P.O. Box 333
Pulaski, TN 38478

(931) 424-8713
henson@midsouthlaw.com

*Counsel for County Defendants*

/s/ Daniel H. Rader, IV
Daniel H. Rader, IV
Andre S. Greppin
Moore, Rader, Clift & Fitzpatrick, P.C.
P.O. Box 3347
Cookeville, TN 38502
(931) 526-3311
danny@moorerader.com
andre@moorerader.com

*Counsel for CPS Defendants*

/s/ Brandt M. McMillan
Brandt M. McMillan
Samuel J. Blanton
Timothy N. O'Connor
Tune, Entrekin, & White, P.C.
315 Deaderick St., Ste. 1700
Nashville, TN 37238-1700
(615) 244-2770
bmcmillan@tewlawfirm.com
toconnor@tewlawfirm.com
sjblanton@tewlawfirm.com

**CERTIFICATE OF SERVICE**

I certify that on May 7, 2021, I electronically filed the foregoing Joint Status Report using the CM-ECF System, which caused notice to be sent to via email to the following counsel of record:

Daniel H. Rader, IV
Andre S. Greppin
Moore, Rader, Clift & Fitzpatrick, P.C.
P.O. Box 3347
Cookeville, TN 38502
(931) 526-3311
danny@moorerader.com
andre@moorerader.com

*Counsel for CPS Defendants*

Brandt M. McMillan
Timothy N. O'Connor
Samuel J. Blanton
Tune, Entrekin & White, P.C.
315 Deaderick St., Suite 1700
Nashville, TN 37238
(615) 244-2770
bmcmillan@tewlawfirm.com
toconnor@tewlawfirm.com
sjblanton@tewlawfirm.com

*Counsel for PSI Defendants*

Robyn Beale Williams
Cassandra M. Crane
Farrar & Bates
12 Cadillac Drive, Suite 480
Brentwood, TN 37207-5366
(615) 254-3060
robyn.williams@farrar-bates.com
casey.crane@farrar-bates.com

*Counsel for County Defendants*

Lucy D. Henson
Lucy D. Henson, PLLC
118 South Second St.
P.O. Box 333
Pulaski, TN 38478
(931) 424-8713
henson@midsouthlaw.com

*Counsel for County Defendants*

/s/ David W. Garrison

4

Case 1:18-cv-00033   Document 441   Filed 05/07/21   Page 4 of 4 PageID #: 12586