# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# COLUMBIA DIVISION

| | |
|---|---|
| **KAREN MCNEILL, ET AL** ) | |
|     Plaintiffs, ) | Case No. 1:18-cv-00033 |
| ) | Judge Campbell/ Frensley |
| v. ) | **Jury Demand** |
| ) | |
| **COMMUNITY PROBATION** ) | |
| **SERVICES LLC. ET AL.** ) | |
|     Defendants. ) | |

## ORDER

The Court held a case management conference with the Parties on June 8, 2021 to discuss the joint status report indicating that Defendant Giles County had approved a settlement agreement and consent decree resolving all claims against the county and the sheriff. Docket No. 441. The Parties are continuing to draft the necessary documents for the Court's consideration. Counsel for the PSI Defendants reiterated its position in the joint status report that they played no role in the settlement discussion and do not consent to any proposed consent decree. The Parties also discussed the scheduling order in this matter and agreed to stay all deadlines pending ruling on the anticipated motion for preliminary approval of the settlement agreement.

Plaintiff shall file a motion for preliminary approval of the settlement agreement on or before **June 30, 2021**. All deadlines set forth in the case management order in this matter are stayed pending resolution of the motion. The Parties shall continue their meet and confer efforts regarding information necessary to provide notice to potential class members in the event that the agreement is approved.

    **IT IS SO ORDERED.**

                                                         **JEFFERY S. FRENSLEY**
                                                         **U. S. Magistrate Judge**