IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| KAREN MCNEIL, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> COMMUNITY PROBATION SERVICES, LLC; *et al.*, <br><br> Defendants. | Case No. 1:18-cv-00033 <br><br> Judge Campbell/Magistrate Judge Frensley <br><br> JURY DEMAND |

## PLAINTIFFS AND COUNTY DEFENDANTS' JOINT MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

Plaintiffs Karen McNeil, Lesley Johnson, Indya Hilfort, Lucinda Brandon, the Estate of Tanya Mitchell, and Victor Gray (collectively, "Named Plaintiffs"), along with Defendants Giles County and Giles County Sheriff Kyle Helton in his official capacity (collectively, "County Defendants"), respectfully submit this Joint Motion for Preliminary Approval of a Class Action Settlement and Consent Decree between Named Plaintiffs and County Defendants. PSI Defendants and CPS Defendants are not party to the Settlement Agreement or Consent Decree and do not join in this motion.

In sum, the Settlement Agreement and Consent Decree will finally resolve all claims against all Defendants in this case,[1] end private probation in Giles County, and result in the payment of $2 million in damages to Class Members and Named Plaintiffs and attorneys' fees. As

---

[1] As part of the Settlement Agreement with County Defendants, Named Plaintiffs have agreed to dismiss with prejudice their claims against the PSI Defendants and CPS Defendants if the Court approves the Settlement Agreement and Consent Decree.

1

discussed more fully in the Memorandum in Support, this settlement should be approved because it is "fair, reasonable and adequate." Fed. R. Civ. P. 23(e)(1)-(2). Named Plaintiffs and County Defendants respectfully ask the Court to preliminary certify the class, grant preliminary approval to initiate the claims process, and set a final in-person Fairness Hearing.

Dated: June 30, 2021

/s/ Elizabeth Rossi
Elizabeth Rossi (*pro hac vice*)
Laura Gaztambide Arandes (*pro hac vice*)
Eric Halperin (*pro hac vice*)
Alexandria Twinem (*pro hac vice*)
Sumayya Saleh (*pro hac vice*)
CIVIL RIGHTS CORPS
1601 Connecticut Ave. NW, Suite 800
Washington, DC 20009
 (202) 844-4975
elizabeth@civilrightscorps.org
laura@civilrightscorps.org
eric@civilrightscorps.org
alexandria@civilrightscorps.org
sumayya@civilrightscorps.org

David W. Garrison, BPR 24968
Scott P. Tift, BPR 27592
BARRETT JOHNSTON MARTIN & GARRISON, LLC
Philips Plaza
414 Union St., Suite 900
Nashville, TN 37219
(615) 244-2202
dgarrison@barrettjohnston.com
stift@barrettjohnston.com

*Attorneys for Plaintiffs*

/s/ Cassandra M. Crane
Cassandra M. Crane
Robyn Beale Williams
Farrar & Bates
211 Seventh Avenue, North
Suite 500

Respectfully Submitted,

Matthew J. Piers (*pro hac vice*)
Chirag G. Badlani (*pro hac vice*)
Kate E. Schwartz (*pro hac vice*)
HUGHES, SOCOL, PIERS, RESNICK & DYM, LTD.
70 W. Madison St., Suite 4000
Chicago, IL 60602
 (312) 580-0100
mpiers@hsplegal.com
cbadlani@hsplegal.com
kschwartz@hsplegal.com

Kyle Mothershead, BPR 22953
The Law Office of Kyle Mothershead
414 Union St., Suite 900
Nashville, TN 37219
(615) 982-8002
kyle@mothersheadlaw.com

Nashville, TN 37219
(615) 254-3060
casey.crane@farrar-bates.com
robyn.williams@farrar-bates.com

Lucy D. Henson
Lucy D. Henson, PLLC
118 South Second St.
P.O. Box 333
Pulaski, TN 38478
(931) 424-8713
henson@midsouthlaw.com

*Counsel for County Defendants*

## CERTIFICATE OF SERVICE

I certify that on June 30, 2021, I electronically filed the foregoing Plaintiffs' and County Defendants' Joint Motion for Preliminary Approval of a Class Action Settlement and Consent Decree using the CM-ECF System, which caused notice to be sent to via email to the following counsel of record:

Daniel H. Rader, IV
Andre S. Greppin
Moore, Rader, Clift & Fitzpatrick, P.C.
P.O. Box 3347
Cookeville, TN 38502
(931) 526-3311
danny@moorerader.com
andre@moorerader.com

*Counsel for CPS Defendants*

Brandt M. McMillan
Timothy N. O'Connor
Tune, Entrekin & White, P.C.
315 Deaderick St., Suite 1700
Nashville, TN 37238
(615) 244-2770
bmcmillan@tewlawfirm.com
toconnor@tewlawfirm.com

*Counsel for PSI Defendants*

                                                           /s/ Elizabeth Rossi