IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| KAREN MCNEIL, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> COMMUNITY PROBATION SERVICES, LLC; *et al.*, <br><br> Defendants. | Case No. 1:18-cv-00033 <br><br> Judge Campbell/Magistrate Judge Frensley <br><br> JURY DEMAND |

## PLAINTIFFS AND COUNTY DEFENDANTS' UNOPPOSED JOINT MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

Plaintiffs Karen McNeil, Lesley Johnson, Indya Hilfort, Lucinda Brandon, the Estate of Tanya Mitchell, and Victor Gray (collectively, "Named Plaintiffs"), along with Defendants Giles County and Giles County Sheriff Kyle Helton in his official capacity (collectively, "County Defendants"), respectfully submit this Joint Motion for Final Approval of Class Action Settlement and Consent Decree between Named Plaintiffs and County Defendants. PSI Defendants and CPS Defendants are not party to the Settlement Agreement or Consent Decree and do not join in this motion. They have agreed not to oppose the Motion.

The Settlement Agreement and Consent Decree will finally resolve all claims against all Defendants in this case,[1] end private probation in Giles County, and provide $2 million in damages and attorneys' fees. As discussed more fully in the Memorandum in Support, the Settlement and

---

[1] As part of the Settlement Agreement with County Defendants, Named Plaintiffs have agreed to dismiss with prejudice their claims against the PSI Defendants and CPS Defendants if the Court approves the Settlement Agreement and Consent Decree.

1

Consent Decree should be approved because they are "fair, reasonable and adequate." Fed. R. Civ. P. 23(e)(1)-(2). Named Plaintiffs and County Defendants respectfully ask that the Court (1) grant final approval of the Agreement; (2) certify the proposed Settlement Classes; and (3) authorize distribution of Class Members' Cash Awards, Named Plaintiffs' Service Payments and counsels' Attorneys' Fees.

Dated: November 23, 2021

Respectfully Submitted,

/s/ *Elizabeth Rossi*
Elizabeth Rossi (*pro hac vice*)
Sumayya Saleh (*pro hac vice*)
CIVIL RIGHTS CORPS
1601 Connecticut Ave. NW, Suite 800
Washington, DC 20009
 (202) 844-4975
elizabeth@civilrightscorps.org
sumayya@civilrightscorps.org

Matthew J. Piers (*pro hac vice*)
Kate E. Schwartz (*pro hac vice*)
HUGHES, SOCOL, PIERS, RESNICK & DYM, LTD.
70 W. Madison St., Suite 4000
Chicago, IL 60602
 (312) 580-0100
mpiers@hsplegal.com
kschwartz@hsplegal.com

David W. Garrison, BPR 24968
Scott P. Tift, BPR 27592
BARRETT JOHNSTON MARTIN & GARRISON, LLC
Philips Plaza
414 Union St., Suite 900
Nashville, TN 37219
(615) 244-2202
 dgarrison@barrettjohnston.com
 stift@barrettjohnston.com

Kyle Mothershead, BPR 22953
The Law Office of Kyle Mothershead
414 Union St., Suite 900
Nashville, TN 37219
(615) 982-8002
kyle@mothersheadlaw.com

*Attorneys for Plaintiffs*

/s/ Cassandra M. Crane
Cassandra M. Crane
Robyn Beale Williams
Farrar & Bates
211 Seventh Avenue, North
Suite 500
Nashville, TN 37219
(615) 254-3060
casey.crane@farrar-bates.com
robyn.williams@farrar-bates.com

Lucy D. Henson
Lucy D. Henson, PLLC
118 South Second St.
P.O. Box 333
Pulaski, TN 38478
(931) 424-8713
henson@midsouthlaw.com

*Counsel for County Defendants*

# CERTIFICATE OF SERVICE

I certify that on November 23, 2021, I electronically filed the foregoing Memorandum in Support of Named Plaintiffs' and County Defendants' Joint Motion for Preliminary Approval of a Class Action Settlement and Consent Decree using the CM-ECF System, which caused notice to be sent to via email to the following counsel of record:

Daniel H. Rader, IV
Andre S. Greppin
Moore, Rader, Clift & Fitzpatrick, P.C.
P.O. Box 3347
Cookeville, TN 38502
(931) 526-3311
danny@moorerader.com
andre@moorerader.com

*Counsel for CPS Defendants*

Brandt M. McMillan
Timothy N. O'Connor
Tune, Entrekin & White, P.C.
315 Deaderick St., Suite 1700
Nashville, TN 37238
(615) 244-2770
bmcmillan@tewlawfirm.com
toconnor@tewlawfirm.com

*Counsel for PSI Defendants*

Cassandra M. Crane
Robyn Beale Williams

Farrar & Bates
211 Seventh Avenue, North
Suite 500
Nashville, TN 37219
(615) 254-3060
casey.crane@farrar-bates.com
robyn.williams@farrar-bates.com

Lucy D. Henson
Lucy D. Henson, PLLC
118 South Second St.
P.O. Box 333
Pulaski, TN 38478
(931) 424-8713
henson@midsouthlaw.com

*Counsel for County Defendants*

/s/ *Elizabeth Rossi*