# EXHIBIT A

*Zwick Partners, LP, et al. v. Quorum Health Corporation, et al.*, Dkt. 353 & 354, No. 3:16-cv-02475 (M.D. Tenn.)

# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| ZWICK PARTNERS, LP and APARNA RAO, individually and on behalf of all others similarly situated,<br><br>               *Plaintiffs*,<br><br>               v.<br><br>QUORUM HEALTH CORPORATION, COMMUNITY HEALTH SYSTEMS, INC., WAYNE T. SMITH, W. LARRY CASH, THOMAS D. MILLER, and MICHAEL J. CULOTTA,<br><br>             *Defendants*. | Case No.: 3:16-cv-02475<br><br>Class Action<br><br>Judge Waverly D. Crenshaw Jr.<br>Magistrate Judge Alistair E. Newbern |

## JOINT MOTION TO CONDUCT
## <u>SETTLEMENT FAIRNESS HEARING BY REMOTE MEANS</u>

All parties respectfully request that the Court hold the Settlement Fairness Hearing scheduled for November 30, 2020, by either telephone or video conference. In support of this request, the parties state the following:

1. The Court issued an Order of Preliminary Approval of Settlement (the "Order") (ECF No. 345) on July 27, 2020, giving preliminary approval to a class action settlement in this proceeding (the "Settlement").

2. In the Order, the Court set a hearing on the Settlement (the "Settlement Fairness Hearing") for November 30, 2020, at 9:30 A.M in Courtroom A859. The Court also set a deadline of November 13, 2020, for the filing of any objections to the Settlement.

3. Following entry of the Order, notice of the Settlement and the Settlement Fairness Hearing was sent to all class members in the manner prescribed by the Order. The November 13th deadline for objections has now passed and none has been filed.

4. Lead counsel for each party reside outside of Tennessee. Lead counsel for Plaintiffs reside in New York, New York. Lead counsel for the CHS Defendants reside in the Washington, D.C. region. Lead counsel for the QHC Defendants reside in Atlanta, Georgia.

5. If the Settlement Fairness Hearing were held in person, these attorneys will need to travel by plane to attend given their current schedules. Further, those attorneys residing in New York and the Washington, D.C. region would be required by local ordinances to self-quarantine upon their return.

6. The parties hope that, given the lack of any objections to the settlement, the Settlement Fairness Hearing can be conducted by remote means without a significant burden. Conversely, the risk of exposure to COVID-19 and burden faced by those attorneys who will travel to an in-person hearing and then quarantine after is certain. For these reasons, the parties respectfully request that the Settlement Fairness Hearing be held by either telephone or video conference.

Dated: November 17, 2020

2

Case 3:16-cv-02475 Document 455 Filed 11/17/20 Page 2 of 5 PageID #: 20360
Case 3:16-cv-02475 Document 531 Filed 12/22/21 Page 3 of 7 PageID #: 23050

Respectfully submitted,

/s/ Gary A. Orseck
Gary A. Orseck (*pro hac vice*)
William J. Trunk (*pro hac vice*)
Jack A. Herman (*pro hac vice*)
Wendy Liu (*pro hac vice*)
Lauren M. Cassady (*pro hac vice*)
ROBBINS, RUSSELL, ENGLERT,
ORSECK, UNTEREINER & SAUBER LLP
2000 K Street NW, 4th Floor
Washington, DC 20006
Telephone: (202) 775-4500
Facsimile: (202) 775-4510
gorseck@robbinsrussell.com

Robert J. Walker (BPR No. 2498)
Jason W. Callen (BPR No. 26225)
BUTLER SNOW LLP
The Pinnacle at Symphony Place
150 3rd Avenue South, Suite 1600
Nashville, TN 37201
Telephone: (615) 651-6700
Bob.walker@butlersnow.com
Jason.callen@butlersnow.com

*Counsel for Defendants Community Health Systems, Inc., Wayne T. Smith, and W. Larry Cash*

/s/ Jessica P. Corley
Jessica P. Corley (*pro hac vice*)
Lisa R. Bugni (*pro hac vice*)
Brandon R. Keel (*pro hac vice*)
KING & SPALDING LLP
One Atlantic Center
1180 Peachtree Street, NE
Atlanta, Georgia 30309-3521
Telephone: (404) 572-4600
Facsimile: (404) 572-5100
jcorley@kslaw.com
lbugni@kslaw.com
bkeel@kslaw.com

John T. Baxter (BPR No. 28495)
Woods Drinkwater (BPR No. 33838)
NELSON MULLINS RILEY &
SCARBOROUGH, LLP
150 Fourth Avenue, North, Suite 1100
Nashville, Tennessee 37219
Telephone: (615) 664-5339
Facsimile: (615) 664-5399
woods.drinkwater@nelsonmullins.com

*Counsel for Defendants Quorum Health Corporation, Thomas D. Miller, and Michael J. Culotta*

/s/ Jeremy A. Lieberman
Jeremy A. Lieberman (*pro hac vice*)
Michael J. Wernke (*pro hac vice*)
POMERANTZ LLP
600 Third Avenue, 20th Floor
New York, NY 10016
Telephone: 212.661.1100
Facsimile: 212.661.8665
jalieberman@pomlaw.com
mjwernke@pomlaw.com

Patrick V. Dahlstrom (*pro hac vice*)
POMERANTZ LLP
10 South La Salle Street, Suite 3505
Chicago, IL 60603
Telephone: 312.377.1181
Facsimile: 312.377.1184
pdahlstrom@pomlaw.com

*Lead Counsel for Plaintiffs*


Paul K. Bramlett (BPR No. 7387)
Robert P. Bramlett (BPR No. 25895)
BRAMLETT LAW OFFICES
P.O. Box 150734
Nashville, TN 37215
Telephone: 615.248.2828
Facsimile: 866.816.4116
pknashlaw@aol.com
Robert@BramlettLawOffices.com

*Plaintiffs' Liaison Counsel*

Brian Schall (*pro hac vice*)
THE SCHALL LAW FIRM
1880 Century Park East, Suite 404
Los Angeles, CA 90067
Telephone: (424) 303-1964
brian@schallfirm.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

      I certify that a true and correct copy of the foregoing has been served upon all registered users of the Electronic Case Filing System, this 17th day of November, 2020, including:

Paul K. Bramlett
Robert P. Bramlett
Bramlett Law Offices
P.O. Box 150734
Nashville, TN 37215
(615) 248-2828
pknashlaw@aol.com
robert@bramlettlawoffices.com

Wade B. Cowan
Davies, Humphreys, Horton & Reese, PLC
85 White Bridge Road, Suite 300
Nashville, TN 37205
(615) 256-8125
wcowan@dhhrplc.com

Corey D. Holzer
Marshall Dees
Holzer & Holzer, LLC
1200 Ashwood Parkway, Suite 410
Atlanta, GA 30338
(770) 392-0090
mdees@holzerlaw.com
cholzer@holzerlaw.com


Jeremy A. Lieberman
Michael J. Wernke
Pomerantz LLP
600 Third Avenue, 20th Floor
New York, NY 10016
(212) 661-1100
jalieberman@pomlaw.com
mjwernke@pomlaw.com

Jessica Perry Corley
Lisa R. Bugni
King & Spalding LLP
1180 Peachtree Street NE
Atlanta, GA 30309
(404) 572-4717
jpcorley@kslaw.com
lbugni@kslaw.com

Patrick V. Dahlstrom
Pomerantz LLP
10 S. LaSalle Street, Suite 3505
Chicago, IL 60603
(312) 377-1181
pdahlstrom@pomlaw.com

John T. Baxter
Woods Drinkwater
Nelson Mullins Reley & Scarborough LLP
150 Fourth Avenue, N, Suite 1100
Nashville, TN 37219
(615) 664-5323
(615) 664-5399
John.baxter@nelsonmullins.com
woods.drinkwater@nelsonmullins.com

Robert J. Walker (BPR No. 2498)
Jason W. Callen (BPR No. 26225)
Butler Snow LLP
The Pinnacle at Symphony Place
150 3rd Avenue South, Suite 1600
Nashville, TN 37201
Telephone: (615) 651-6700
Bob.walker@butlersnow.com
Jason.callen@butlersnow.com


      /s/ Jason W. Callen


55798040.v2

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| ZWICK PARTNERS, LP and APARNA RAO, individually and on behalf of all others similarly situated, | ) ) ) ) | |
| Plaintiffs, | ) ) | No. 3:16-cv-02475 |
| v. | ) ) ) | |
| QUORUM HEALTH CORPORATION, COMMUNITY HEALTH SYSTEMS, INC., WAYNE T. SMITH, W. LARRY CASH, THOMAS D. MILLER and MICHAEL J. CULOTTA, | ) ) ) ) ) ) | |
| Defendants. | ) ) | |

## ORDER

The parties' Joint Motion to Conduct Settlement Fairness Hearing by Remote Means (Doc. No. 353) is **GRANTED IN PART**. The Court excuses Lead Counsel for each party from appearing in person at the settlement fairness hearing set for **November 30, 2020**. Those lawyers may appear by telephone. However, each party must still have at least one local counsel appear in person for the hearing.

Those attending the hearing by telephone shall call 1-888-278-0296, and when prompted enter access code 6564835# to connect to the call. If a party has difficulty connecting, please contact chambers at 615-736-7013.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE