# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# COLUMBIA DIVISION

| | |
|---|---|
| KAREN MCNEIL, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | NO. 1:18-cv-00033 |
| v. ) | |
| ) | JUDGE CAMPBELL |
| COMMUNITY PROBATION ) | MAGISTRATE JUDGE FRENSLEY |
| SERVICES, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

Pending before the Court is the parties' joint motion to conduct the fairness hearing currently scheduled for January 7, 2022, by remote video conference. (Doc. No. 455). Counsel for the parties make this request due to the rising COVID-19 case numbers and that counsel would have to travel from out of state for the hearing. The motion is **GRANTED in part**. At least one member of local counsel for the Named Plaintiffs and the County Defendants shall appear at the hearing in person. Remaining counsel may appear by video conference as detailed below.

**Access Information.** Not less than 30 minutes before to the scheduled hearing, the courtroom deputy will provide all participants the access link and sign-on information for the videoconference site. All participants will access the hearing not less than 15 minutes before the scheduled start time, according to the directions provided by the courtroom deputy.

**Witnesses.** If witnesses will be called to testify, the courtroom deputy must be notified by close of business the day before the scheduled hearing. Witnesses must be physically present in the same location as the attorney who is calling the witness. Counsel must ensure, in advance, that witnesses have access to a computer device with a camera and microphone that

will allow full uninterrupted access to the videoconference site.

**Exhibits.** If exhibits will be presented, counsel must send electronic copies to the courtroom deputy by email at CCampbellChambers@tnmd.uscourts.gov and to opposing counsel by close of business the day before the scheduled hearing. All exhibits must be pre-marked and pre-numbered. Failure to do so may result in cancellation of the hearing.

**Public Access.** The Court will make available to the public **via teleconference** access to teleconference and videoconference hearings. Pursuant to Local Rule 83.03(a)(1), there exists a general prohibition against photographing, recording, and broadcasting of court proceedings. Any violation of Local Rule 83.03(a)(1) may result in punishment as provided by law. Those who wish to attend the hearing by telephonic means should send an email to publicaccess@tnmd.uscourts.gov by 4:00 p.m. the day before the scheduled hearing and provide the date of the hearing and the case style or case number. The requestor will receive an email response containing access instructions not less than 30 minutes prior to the scheduled hearing.

Failure to follow the requirements and instructions set forth in this Order may result in the hearing being cancelled.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE