**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION**

| | |
|---|---|
| KAREN MCNEIL, *et al.*, | |
| Plaintiffs, | |
| v. | Case No.  1:18-cv-00033 |
| COMMUNITY PROBATION SERVICES, LLC; *et al.*, | Judge Campbell/Magistrate Judge Frensley |
| Defendants. | |

## MOTION FOR ADMISSION *PRO HAC VICE*

The undersigned counsel for Plaintiffs, Jeremy D. Cutting, hereby moves for admission to appear *pro hac vice* in this action.  I hereby certify that I am a member in good standing in the United States Eleventh Circuit Court of Appeals.  Attached is a certificate of good standing from that court.  I also declare under penalty of perjury that I am not, nor have I ever been, the subject of disciplinary or criminal proceedings, nor have I been found in contempt or sanctioned under 28 U.S.C. § 1927 by any court.

Dated:  January 6, 2022                                            Respectfully Submitted,

*/s/ Jeremy Cutting*                                                   */s/ Elizabeth Rossi*
Jeremy D. Cutting* (Ga. Bar No. 947729)            Elizabeth Rossi (*pro hac vice*)
CIVIL RIGHTS CORPS                                          CIVIL RIGHTS CORPS
1601 Connecticut Ave. NW, Suite 800               1601 Connecticut Ave. NW, Suite 800
Washington, DC 20009                                        Washington, DC 20009
(202) 844-4975                                                      (202) 844-4975
cody@civilrightscorps.org                                   elizabeth@civilrightscorps.org

*Admitted to practice law solely in Georgia
and New York. Practicing under the
supervision of D.C. Bar members.

*Attorneys for Plaintiffs*

1

## <u>CERTIFICATE OF SERVICE</u>

I certify that on January 6, 2022, I electronically filed the foregoing Motion for Admission *Pro Hac Vice* using the CM-ECF System, which caused notice to be sent to via email to the following counsel of record:

Daniel H. Rader, IV
Andre S. Greppin
Moore, Rader, Clift & Fitzpatrick, P.C.
P.O. Box 3347
Cookeville, TN 38502
(931) 526-3311
danny@moorerader.com
andre@moorerader.com

*Counsel for CPS Defendants*

Brandt M. McMillan
Timothy N. O'Connor
Tune, Entrekin & White, P.C.
315 Deaderick St., Suite 1700
Nashville, TN 37238
(615) 244-2770
bmcmillan@tewlawfirm.com
toconnor@tewlawfirm.com

*Counsel for PSI Defendants*

Robyn Beale Williams
Cassandra M. Crane
Farrar & Bates
211 Seventh Ave. North, Suite 500
Nashville, TN 37219
(615) 254-3060
robyn.williams@farrar-bates.com
casey.crane@farrar-bates.com

*Counsel for County Defendant*

Lucy D. Henson
Lucy D. Henson, PLLC
118 South Second St.
P.O. Box 333
Pulaski, TN 38478
(931) 424-8713
henson@midsouthlaw.com

*Counsel for County Defendant*


*/s/ Elizabeth Rossi*

2