**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION**

| | |
|---|---|
| KAREN MCNEIL, *et al.*,<br><br>        Plaintiffs,<br><br>    v.<br><br>COMMUNITY PROBATION SERVICES, LLC; *et al.*,<br><br>        Defendants. | Case No. 1:18-cv-00033<br><br>Judge Campbell/Magistrate Judge Frensley<br><br><br>JURY DEMAND |

## ORDER

Upon stipulation of the parties (Doc. 446), the Court hereby dismisses Defendant Community Probation Services, LLC, Defendant Community Probation Services, L.L.C., Defendant Community Probation Services, and Defendant Patricia McNair, Defendant Progressive Sentencing, Inc., Defendant PSI-Probation II, LLC, Defendant PSI-Probation, L.L.C., Defendant Tennessee Correctional Services, LLC, Defendant Timothy Cook, Defendant Markeyta Bledsoe, and Defendant Harriet Thompson as Defendants in the above-captioned lawsuit, with prejudice. The Court enters this Order in anticipation of entering an order of final approval of the pending settlement agreement between Plaintiffs and the County Defendants.


SIGNED on this date 13th day of January, 2022, at Nashville, TN


Judge William L. Campbell
United States District Judge