# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE – COLUMBIA DIVISION

| | |
|---|---|
| KAREN MCNEIL, LESLEY JOHNSON, TANYA MITCHELL, INDYA HILFORT, and SONYA BEARD, On behalf of themselves and all others similarly situated, | )<br>)<br>) Case No.: 1:18-cv-33<br>)<br>) JURY DEMAND<br>) |
| Plaintiffs, | ) CAMPBELL/FRENSLEY |
| v. | ) |
| COMMUNITY PROBATION SERVICES, LLC, *et al.*, | ) |
| Defendants. | ) |

## NOTICE OF FILING MONITOR'S REPORT

Pursuant to paragraph 86 of the Consent Decree entered by this Court on January 13, 2022 (D.E. 463), Giles County, Tennessee, by and through counsel, hereby files the Monitor's Report prepared by Justice System Partners.

Respectfully submitted,

*/s/ Cassandra M. Crane*
Robyn Beale Williams, BPR #19736
Cassandra M. Crane, BPR # 34889
**FARRAR & BATES, LLP**
12 Cadillac Drive, Suite 480
Brentwood, TN 37027
Phone: (615) 254-3060
Fax: (615) 254-9835
robyn.williams@farrar-bates.com
casey.crane@farrar-bates.com
*Counsel for Giles County and Sheriff Kyle Helton*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 21st day of February, 2023, a true and correct copy of foregoing Notice of Filing was sent via the Court's CM/ECF system to:

Kyle Mothershead
The Law Office of Kyle Mothershead
414 Union Street, Suite 900
Nashville, TN 37219
Phone: 615-982-8002
Fax: 615-229-6387
kyle@mothersheadlaw.com
*Counsel for Plaintiffs and Proposed Classes*

Elizabeth Rossi
Sumayya Saleh
CIVIL RIGHTS CORPS
910 17th Street NW
Suite 500
Washington, DC 20006
Phone: 202-599-0953
Fax: 202-609-8030
elizabeth@civilrightscorps.org
sumayya@civilrightscorps.org
*Counsel for Plaintiffs and Proposed Classes*

Matthew J. Piers
Kate E. Schwartz
Hughes, Socol, Piers, Resnick & Dym, Ltd.
70 W. Madison Street, Suite 4000
Chicago, IL 60602
mpiers@hsplegal.com
kschwartz@hsplegal.com
*Counsel for Plaintiffs and Proposed Classes*

Lucy D. Henson, PLLC
118 South Second Street
P.O. Box 333
Pulaski, Tennessee 38478
Phone: 931-424-8713
Fax: 931-424-8715
henson@midsouthlaw.com
*Counsel for Giles County*

| | |
|---|---|
| Samuel J. Blanton<br>Brandt M. McMillan<br>Timothy N. O'Connor<br>Tune, Entrekin & White, P.C.<br>315 Deaderick Street<br>Suite 1700<br>Nashville, TN 37238<br>Phone: 615-244-2770<br>Fax: 615-244-2778<br>sjblanton@tewlawfirm.com<br>bmcmillan@tewlawfirm.com<br>toconnor@tewlawfirm.com | David W. Garrison<br>Scott P. Tift<br>Barrett Johnston Martin & Garrison, LLC<br>Bank of America Plaza<br>414 Union Street, Suite 900<br>Nashville, TN 37219<br>Phone: 615-244-2202<br>Fax: 615-252-3798<br>dgarrison@barrettjohnston.com<br>stift@barrettjohnston.com |

Daniel H. Rader, IV
Andre S. Greppin
Moore, Rader, Clift & Fitzpatrick, P.C.
P O Box 3347
Cookeville, TN 38502
Phone: 931-526-3311
Fax: 931-526-3092
danny@moorerader.com
andre@moorerader.com

                                              */s/ Cassandra M. Crane*
                                              Cassandra M. Crane

FB955120 / 1410 7050
3
Case 1:18-cv-00033   Document 473   Filed 02/21/23   Page 3 of 3 PageID #: 13052